AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

Johnson et al.,
        Plaintiffs,

v.

Nextel Communications Inc., et al.,

        Defendants.

**APPEARANCE**

Case Number: 1:07-cv-8473

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Nextel Communications Inc. et al.

I certify that I am admitted to practice in this court.

| 10/3/2007 | *signature* |
|---|---|
| Date | Signature |

Joseph C. O'Keefe      0736
Print Name      Bar Number

Proskauer Rose LLP, One Newark Center
Address

Newark    NJ    07102-5211
City    State    Zip Code

(973) 274-3290    (973) 274-3299
Phone Number    Fax Number