UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
MICHAEL JOHNSON, DONNA DYMKOSKI, :
PATRICIA LONG-CORREA, ANTONIO     :  Civil Action No. 1:07-cv-08473-GBD
SAMUEL, VINCENT HALL, ANGELETTE   :
WATERS, Individually, and on behalf of the :
Class,                            :
                                  :  **NOTICE OF APPEARANCE**
           Plaintiffs, :
                                  :
    -against-              :
                                  :  ECF CASE
NEXTEL COMMUNICATIONS, INC., a    :
Delaware Corporation; LEEDS, MORELLI & :
BROWN, P.C.; LENARD LEEDS, STEVEN A. :
MORELLLI; JEFFREY K. BROWN; JAMES  :
VAGNINI, FREDERIC DAVID OSTROVE;  :
BRYAN MAZOLLA; SUSAN FITZGERALD;  :
AND JOHN AND JANE DOES 1-10, (a fictitious :
designation for presently unknown Defendants), :
                                  :
           Defendants. :
                                  :
------------------------------------- X

To the Clerk of this Court and all counsel of record:

Please enter my appearance as counsel in this action for Defendant **Nextel Communications Inc.**

I certify that I am admitted to practice in this Court.

October 8, 2007                                                 Respectfully Submitted,

                                                                 s/  _____
                                                        Thomas A. McKinney
                                                        Proskauer Rose LLP
                                                       1585 Broadway
                                                       New York, New York 10036
                                                       T: (212) 969-3668
                                                       F: (212) 969-2900