**STERNS & WEINROTH**
A Professional Corporation
50 West State Street, Suite 1400
Trenton, New Jersey 08607-1298
JASON S. FEINSTEIN (JF-8008)
(609) 392-2100
(609) 392-7956
Attorneys for Defendants Bryan Mazzola (improperly pled as Bryan Mazolla) and Susan Fitzgerald

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL S. JOHNSON, DONNA DYMKOWSKI, PATRICIA LONG-CORREA, ANTONIO SAMUEL, VINCENT HALL, ANGELETTE WATERS, Individually, and on behalf of the Class, <br><br> Plaintiffs, <br><br> v. <br><br> NEXTEL COMMUNICTIONS, INC., a Delaware Corporation; LEEDS, MORELLI & BROWN, P.C.; LENARD LEEDS; STEVEN A. MORELLI; JEFFREY K. BROWN; JAMES VAGNINI; FREDERIC DAVID OSTROVE; BRYAN MAZOLLA; SUSAN FITZGERALD; AND JOHN AND JANE DOES 1-10, (a fictitious designation for presently unknown Defendants), <br><br> Defendants. | Civil Action No.: <br> 1:07cv08473 (GBD) <br><br> **DOCUMENT FILED ELECTRONICALLY** <br><br> **NOTICE OF APPEARANCE** |

**TO: THE CLERK OF THE ABOVE-NAMED COURT**

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance in the above referenced action on behalf of Defendants Bryan Mazzola (improperly pled as Bryan Mazolla) and Susan Fitzgerald.

I certify that I am admitted to practice in this court.

                **STERNS & WEINROTH**
                A Professional Corporation
                Attorneys for Defendants
                  **Bryan Mazzola and**
                  **Susan Fitzgerald**

                By:   /s/ Jason S. Feinstein
                         jfeinstein@sternslaw.com

Dated: October 23, 2007