UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL S. JOHNSON, DONNA DYMKOWSKI,
PATRICIA LONG-CORREA, ANTONIO SAMUEL,
VINCENT HALL, ANGELETTE WATERS,                    Civil Action No. 1:07-CIV 8473
Individually, and on behalf of the Class,

                                    Plaintiffs,                **NOTICE OF APPEARANCE**

                -against-

NEXTEL COMMUNICATIONS, INC., a Delaware
Corporation, LEEDS, MORELLI & BROWN, P.C.,
LENARD LEEDS, STEVEN A. MORELLI, JEFFREY
K. BROWN, JAMES VAGNINI, FREDERIC DAVID
OSTROVE, BRYAN MAZOLLA, SUSAN
FITZGERALD, and JOHN and JANE DOES 1-10, (a
fictitious designation for presently unknown
Defendants),

                                    Defendants.
------------------------------------------------------------------X
        Please enter my appearance as counsel for the defendants, LEEDS, MORELLI &

BROWN, P.C., LENARD LEEDS, ESQ., STEVEN A. MORELLI, ESQ., and JEFFREY K.

BROWN, ESQ., in the above-entitled action. Kindly direct all communications on this matter to

the undersigned attorney.

Dated: Uniondale, New York
        November 15, 2007

                                        Respectfully submitted,

                                        RIVKIN RADLER LLP
                                        Attorneys for Defendants,
                                        Leeds, Morelli & Brown, P.C., Lenard
                                        Leeds, Esq., Steven A. Morelli, Esq.,
                                        and Jeffrey K. Brown, Esq.


                                By:/s/ Janice J. DiGennaro_____
                                        Janice J. DiGennaro (JJD-9706)
                                        926 Reckson Plaza
                                        Uniondale, New York 11556-0926
                                        (516) 357-3000
                                        RR File No.: 011590-00329