UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| MICHAEL S. JOHNSON, DONNA DYMKOWSKI, PATRICIA LONG-CORREA, ANTONIO SAMUEL, VINCENT HALL, ANGELETTE WATERS, Individually, and on behalf of the Class, | Civil Action No. 1:07-CIV 8473 |
| Plaintiffs, | **NOTICE OF MOTION FOR APPEARANCE PRO HAC VICE OF TRACI L. VAN PELT, ESQ., MICHAEL T. McCONNELL, ESQ. AND ROBERT W. STEINMETZ, ESQ. PURSUANT TO LOCAL RULE 1.3(C)** |
| -against- | |
| NEXTEL COMMUNICATIONS, INC., a Delaware Corporation, LEEDS, MORELLI & BROWN, P.C., LENARD LEEDS, STEVEN A. MORELLI, JEFFREY K. BROWN, JAMES VAGNINI, FREDERIC DAVID OSTROVE, BRYAN MAZOLLA, SUSAN FITZGERALD, and JOHN and JANE DOES 1-10, (a fictitious designation for presently unknown Defendants), | |
| Defendants. | |

------------------------------------------------------------X

PLEASE TAKE NOTICE, that on November 30, 2007 at 9:00 a.m. or as soon thereafter as counsel may be heard, or on a date and time to be determined by the Court, the undersigned will move this Court on behalf of defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq. Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq., for an Order pursuant to local Rule 1.3(c) for the United States District Court for the Southern Eastern Districts admitting Traci L. Van Pelt, Esq., Michael T. McConnell, Esq. and Robert W. Steinmetz, Esq. *pro hac vice* in this matter.

PLEASE TAKE FURTHER NOTICE that in support of this motion, the undersigned will rely upon the accompanying declarations.

Dated: November 15, 2007

                    RIVKIN RADLER LLP

                    ATTORNEYS FOR DEFENDANTS LEEDS, MORELLI & BROWN, P.C., LENARD LEEDS, ESQ., STEVEN A. MORELLI, ESQ., AND JEFFREY K. BROWN, ESQ.

        BY:    /s/ Shari Claire Lewis
                    SHARI CLAIRE LEWIS, ESQ. (SL-0527)
                    JANICE J. DIGENNARO, ESQ.
                    926 REXCORP PLAZA
                    UNIONDALE, NY 11556
                    516-357-3292 (PH)
                    516-357-3333 (FX)

                    MCCONNELL SIDERIUS FLEISCHNER HOUGHTALING & CRAIGMILE, LLC
                    TRACI L. VAN PELT, ESQ.
                    MICHAEL T. McCONNELL, ESQ.
                    ROBERT W. STEINMETZ, ESQ.
                    DENVER CORPORATE CENTER, TOWER 1
                    4700 S. SYRACUSE, SUITE 200
                    DENVER, CO 80202
                    (303) 458-9555

TO:    ANGEL M. ROPER, ESQ. And
         KENNETH THYNE, ESQ.
         ROPER & TWARDOSKY, LLC
                Attorneys for Plaintiffs, Individually and on behalf of the Class
                Michael S. Johnson, Donna Dymkowski, Patricia Long Correa,
                Antonio Samuel, Vincent Hall, Angelette Waters
         77 Jefferson Place
         Totowa, New Jersey 07512-2614
         (973) 790-4441

JOSEPH C. O'KEEFE, ESQ.
LAWRENCE ROY SANDAK, ESQ.
THOMAS ALOYSIUS McKINNEY, ESQ.
JOSEPH C. O'KEEFE, JR., ESQ.
PROSKAUER, ROSE, L.L.P.
    Attorneys for Defendant, Nextel Communications, Inc.
One Newark Center
18th Floor
Newark, New Jersey 07102
(973) 274-3256

JASON S. FEINSTEIN
STERNS & WEINROTH, P.C.
    Lead Attorneys for Defendants, Bryan Mazolla,
    Susan Fitzgerald
Suite 1400
P.O. Box 1400
Trenton, New Jersey 08607-1298
(609) 392-2100
    -and-
JASON SCOTT FEINSTEIN
STEPHENS & CHARBONNEAU
1441 Route 22, Suite 204a
Brewster, New York 10509
(609) 392-2100

JAMES VAGNINI, Defendant Pro Se

FREDERIC DAVID OSTROVE, Defendant Pro Se

2094477 v1