EXHIBIT "A"



THE
STATE BAR
OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

October 25, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, TRACI LYNNE VAN PELT, #173143 was admitted to the practice of law in this state by the Supreme Court of California on December 8, 1994; that from the date of admission to January 16, 1997, she was an ACTIVE member of the State Bar of California; that on January 16, 1997, she transferred at her request to the INACTIVE status as of December 31, 1996; that from that date to November 3, 1997, she was an INACTIVE member of the State Bar of California; that on November 3, 1997, she transferred at her request to the ACTIVE status; that from that date to March 3, 1999, she was an ACTIVE member of the State Bar of California; that on March 3, 1999, she transferred at her request to the INACTIVE status as of January 1, 1999; that she has been since that date, and is at date hereof, an INACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

NOTE: *Only ACTIVE members of the State Bar of California are entitled to practice law in California. (See Sections 6006 and 6125, et seq., Business and Professions Code.)*

EXHIBIT "B"



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, **Susan J. Festag**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**TRACI L VAN PELT**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **26th** day of **December** A. D. **1995** and that at the date hereof the said **TRACI L VAN PELT** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **25th** day of **October** A. D. **2007**

*Susan J. Festag*

Clerk