UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL S. JOHNSON, DONNA DYMKOWSKI,
PATRICIA LONG-CORREA, ANTONIO
SAMUEL, VINCENT HALL, ANGELETTE             Civil Action No. 1:07-CIV 8473
WATERS, Individually, and on behalf of the Class,

        Plaintiffs,  **DECLARATION OF MICHAEL T.**
             **McCONNELL, ESQ. IN SUPPORT**
   -against-     **OF MOTION FOR APPEARANCE**
             **PRO HAC VICE PURSUANT TO**
NEXTEL COMMUNICATIONS, INC., a Delaware **LOCAL RULE 1.3(C)**
Corporation, LEEDS, MORELLI & BROWN, P.C.,
LENARD LEEDS, STEVEN A. MORELLI,
JEFFREY K. BROWN, JAMES VAGNINI,
FREDERIC DAVID OSTROVE, BRYAN
MAZOLLA, SUSAN FITZGERALD, and JOHN and
JANE DOES 1-10, (a fictitious designation for
presently unknown Defendants),

        Defendants.
------------------------------------------------------------X

  I, **MICHAEL T. McCONNELL, ESQ.**, pursuant to 28 U.S.C.§ 1746, hereby declare the following:

  1. I am an attorney-at-law, admitted to practice in the States of Colorado and Wyoming, and a member of the law firm of McConnell, Siderius, Fleischner, Houghtaling & Craigmile, LLC, which is located at the Denver Corporate Center, Tower I, 4700 S. Syracuse, Suite 200, Denver, Colorado.

  2. I have been admitted to practice in the State of Colorado since 1980; the State of Wyoming since 1992; the United States Supreme Court since 1998; the U.S. District Court for the District of Colorado since 1980; and the U.S. Tenth Circuit Court of Appeals since 1980. I have not been denied admission to, nor have I been subject to formal discipline by any Court. I further certify that I am currently in good standing with

these bars admissions. Copies of Certifications of good standing from both Colorado and Wyoming are annexed hereto as Exhibits "A" & "B" respectively.

3. This Declaration is submitted in support of my application for *pro hac vice* admission before this Court.

4. Rivkin Radler LLP, with offices located at 926 RexCorp Plaza, Uniondale, New York 11556, is currently counsel of record in this matter, and agrees to continue to serve as local counsel on behalf of defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq. pursuant to Local Rule 1.3(c) and to comply with all Rules of Practice set forth under both the Federal Rules of Civil Procedure, and the Local Civil Rules of the United States District Court for the Southern District of New York.

5. My Firm currently represents defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq. I have therefore developed expertise in litigating the precise issues arising from and related to this case. I have also become familiar with the policies, procedures and legal positions of defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq.

6. This case is a purported class action. As against defendants Leeds, Morelli & Brown, P.C., Lenard Leeds, Esq., Steven Morelli, Esq. and Jeffrey K. Brown, Esq., Plaintiffs seek certification of a sub-class comprised of those persons who timely requested exclusion from a class action filed against these same defendants in the State of Colorado. My colleague Ms. Van Pelt and myself were counsel of record in the Colorado class action lawsuit from which the sub-class asserting claims against Leeds, Morelli &

Brown, P.C. requested exclusion. That matter is captioned <u>Foster, et al. v. Leeds, Morelli & Brown, P.C., et al.</u>, Case No. 2002CV1484, Arapahoe County District Court, State of Colorado.

7. The <u>Foster</u> class action case was settled pursuant to the C.R.C.P. 23.1 fairness approval process. A final order approving that settlement was entered. In that Order, the Colorado District Court released all claims asserted by 548 of the 587 claimants against Leeds, Morelli & Brown, P.C., Lenard Leeds, Esq., Steven Morelli, Esq. and Jeffrey K. Brown, Esq. The Colorado class action case was based upon the identical underlying matter as the case at bar.

8. I also defended a lawsuit filed by two purported class members who requested timely exclusion from the Colorado class action and who are also purported members of the putative sub-class in the case at bar. That matter is captioned <u>McNeil, et al. v. Leeds, Morelli & Brown, et al.</u>, Denver District Court, State of Colorado, Case No. 2003CV893. The <u>McNeil</u> matter had been pending for 4½ years and was tried before a jury resulting in a defendants' verdict.

9. As a result of my representation of Leeds, Morelli & Brown, et al. in the Colorado class action case (<u>Foster, et al. v. Leeds, Morelli & Brown, et al.</u>) and the case filed by two claimants who timely requested exclusion from the Colorado class action (<u>McNeil v. Leeds, Morelli & Brown, et al.</u>), who now purport to be members of the sub-class in the present matter), I have acquired substantial knowledge concerning the facts and legal issues involved in this case.

10. My practice focuses on the defense of professional liability matters, and in that capacity I have developed an expertise in handling legal malpractice matters similar to the case at bar.

11. Defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq. have requested that I represent them in this action, and perform all services and functions as required under the Federal Rules of Civil Procedure, and the Local Civil Rules of the United States District Court for the Southern District of New York.

12. I shall abide by the Federal Rules of Civil Procedure, and the Local Civil Rules of the United States District Court for the Southern District of New York, including all disciplinary rules.

13. I shall notify the Court immediately of any matter affecting my standing with the bar of any other Court.

I declare, under penalties of perjury, that the foregoing is true and correct.

DATED: November 15, 2007

By: ___/s/ Michael T. McConnell___
MICHAEL T. McCONNELL, ESQ.

2094522 v1