EXHIBIT "A"



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, **Susan J. Festag**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**MICHAEL T MCCONNELL**

has been duly licensed and admitted to practice as an

### Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **17th** day of **October** A.D. **1980** and that at the date hereof the said **MICHAEL T MCCONNELL** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **25th** day of **October** A.D. **2007**

*Susan J. Festag*

Clerk

EXHIBIT "B"

CERTIFICATE OF THE CLERK OF THE SUPREME COURT
OF THE
STATE OF WYOMING

I, Judy Pacheco, Clerk of the Supreme Court of the State of Wyoming, hereby certify that, according to the records of my office:

**M I C H A E L   T H E O D O R E   M C C O N N E L L**

was on the 19th day of August, 1992, duly admitted to practice as an Attorney and Counsellor at Law in all the courts of Wyoming; that the above admittee has never been disbarred or suspended; that no disciplinary proceedings are pending against this admittee; and that this admittee's name now appears on the Roll of Attorneys in this office as a member of the bar in good standing.

Given under my hand and the seal of said Court this 29th day of October, 2007.

Judy Pacheco, Clerk

*[signature]*

by Deputy