STERNS & WEINROTH
A Professional Corporation
50 West State Street, Suite 1400
Trenton, New Jersey 08607-1298
JASON S. FEINSTEIN (JF-8008)
(609) 392-2100
(609) 392-7956
Attorneys for Defendants Bryan Mazzola (improperly pled as Bryan Mazolla) and Susan Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MICHAEL S. JOHNSON, DONNA DYMKOWSKI, PATRICIA LONG-CORREA, ANTONIO SAMUEL, VINCENT HALL, ANGELETTE WATERS, Individually, and on behalf of the Class,

  Plaintiffs,

v.

NEXTEL COMMUNICTIONS, INC., a Delaware Corporation; LEEDS, MORELLI & BROWN, P.C.; LENARD LEEDS; STEVEN A. MORELLI; JEFFREY K. BROWN; JAMES VAGNINI; FREDERIC DAVID OSTROVE; BRYAN MAZOLLA; SUSAN FITZGERALD; AND JOHN AND JANE DOES 1-10, (a fictitious designation for presently unknown Defendants),

  Defendants.

Civil Action No.:
1:07cv08473 (GBD)

**ORDER GRANTING PRO HAC VICE ADMISSION OF MARSHALL D. BILDER, ESQ. PURSUANT TO LOCAL RULE 1.3 (c)**

**THIS MATTER**, having been brought before the Court upon the motion of Sterns & Weinroth, attorneys for defendants Bryan Mazzola and Susan Fitzgerald ("defendants"), for entry of an order permitting the pro hac vice admission of Marshall D. Bilder, Esq., and the Court having considered his Declaration and the Declaration of

{00023741.v1}

Jason S. Feinstien, Esq., his sponsoring attorney, a member in good standing of the Bar of the United States District Court for the Southern District of New York, and for good cause having been shown;

IT IS on this _____ day of _____, 2007,

**ORDERED** that Marshall D. Bilder, Esq. is hereby admitted to practice pro hac vice as counsel for defendants Bryan Mazzola and Susan Fitzgerald in the above matter in the United States District Court for the Southern District of New York; and it is further

**ORDERED** that Marshall D. Bilder, Esq. will abide by all Local Rules of this Court, including the rules governing the discipline of attorneys; and it is further

**ORDERED** that if this action is assigned to the Electronic Case Filing (ECF) system, Marshall D Bilder, Esq. shall immediately apply for a password at nysd.uscourts.gov and that Marshall D. Bilder, Esq. shall forward to this Court any and all pro hac vice admission fees; and it is further

**ORDERED** that a true copy of this Order shall be served upon all counsel of record with seven (7) days receipt hereof.

DEC 1 3 2007

_____
United States District/Magistrate Judge
HON. GEORGE B. DANIELS