UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL S. JOHNSON, DONNA DYMKOWSKI,
PATRICIA LONG-CORREA, ANTONIO
SAMUEL, VINCENT HALL, ANGELETTE
WATERS, Individually, and on behalf of the Class,          07 CIV 8473 (GBD)

              Plaintiffs,
-against-                                                  **NOTICE OF APPEARANCE**

NEXTEL COMMUNICATIONS, INC., a Delaware                    ECF CASE
Corporation, LEEDS, MORELLI & BROWN, P.C.,
LENARD LEEDS, STEVEN A. MORELLI,
JEFFREY K. BROWN, JAMES VAGNINI,
FREDERIC DAVID OSTROVE, BRYAN
MAZOLLA, SUSAN FITZGERALD, and JOHN
and JANE DOES 1-10, (a fictitious designation for
presently unknown Defendants),

              Defendants.

------------------------------------------------------------------X

      PLEASE TAKE NOTICE that the law office of SUSSMAN & WATKINS has been retained to represent plaintiffs as co-counsel with ROPER & TWARDOWSKY, LLC, in this case.

Dated: December 20, 2007
      Goshen, New York

                                            By _____
                                                 Christopher D. Watkins (CW 2240)
                                                 SUSSMAN & WATKINS
                                                 40 Park Place – P.O. Box 1005
                                                 Goshen, New York 10924
                                                 (845) 294-3991
                                                 Attorneys for Plaintiffs

TO:    RIVKIN RADLER LLP
        *Attorneys for Defendants Leeds, Morelli*
        *& Brown P.C., Lenard Leeds, Steven A.*
        *Morelli, and Jeffrey K. Brown*
926 Rexcorp Plaza
Uniondale, NY 11556
        -and-
MCDONNELL SIDERIUS FLEISCHNER
HOUGHTALING & CRAIGMILE, LLC
4700 S. Syracuse, Ste. 200
Denver, CO 80202

PROSKAUER ROSE, LLP
        *Attorneys for Defendant Nextel Communications, Inc.*
One Newark Center
18th Floor
Newark, NJ 07102

STERNS & WEINROTH
        *Attorneys for Defendants Bryan Mazzolla and*
        *Susan Fitzgerald*
P.O. Box 1400
Trenton, NJ 08607-1298
        -and-
STEPHENS & CHARBONNEAU
1441 Rte. 22, Ste. 204a
Brewster, NY 10509

JAMES VAGNINI, Defendant *pro se*

FREDERIC DAVID OSTROVE, Defendant *pro se*

ROPER & TWARDOWSKY
        *Attorneys for Plaintiffs*
77 Jefferson Place
Totowa, New Jersey 07512-2614