UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MICHAEL S. JOHNSON, DONNA DYMKOWSKI,
PATRICIA LONG-CORREA, ANTONIO
SAMUEL, VINCENT HALL, ANGELETTE                    Civil Action No. 1:07-CIV 8473
WATERS, Individually, and on behalf of the Class,

                         Plaintiffs,          **NOTICE OF MOTION FOR**
                                                   **APPEARANCE PRO HAC VICE**
                                                   **OF TRACI L. VAN PELT, ESQ.,**
           -against-                          **MICHAEL T. McCONNELL, ESQ.**
                                                   **AND ROBERT W. STEINMETZ,**
NEXTEL COMMUNICATIONS, INC., a Delaware            **ESQ. PURSUANT TO LOCAL**
Corporation, LEEDS, MORELLI & BROWN, P.C.,         **RULE 1.3(C)**
LENARD LEEDS, STEVEN A. MORELLI,
JEFFREY K. BROWN, JAMES VAGNINI,
FREDERIC DAVID OSTROVE, BRYAN
MAZOLLA, SUSAN FITZGERALD, and JOHN and
JANE DOES 1-10, (a fictitious designation for
presently unknown Defendants),

                        Defendants.
---------------------------------------------------------------X

      PLEASE TAKE NOTICE, that on November 30, 2007 at 9:00 a.m. or as soon thereafter

as counsel may be heard, or on a date and time to be determined by the Court, the undersigned

will move this Court on behalf of defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq.

Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq., for an Order pursuant to local Rule 1.3(c)

for the United States District Court for the Southern District admitting Traci L. Van Pelt, Esq.,

Michael T. McConnell, Esq. and Robert W. Steinmetz, Esq. *pro hac vice* in this matter.

PLEASE TAKE FURTHER NOTICE that in support of this motion, the undersigned will

rely upon the accompanying declarations.

Dated:  December 14, 2007

RIVKIN RADLER LLP

ATTORNEYS FOR DEFENDANTS LEEDS,
MORELLI & BROWN, P.C., LENARD LEEDS,
ESQ., STEVEN A. MORELLI, ESQ., AND
JEFFREY K. BROWN, ESQ.

BY: _____
SHARI CLAIRE LEWIS, ESQ. (SL-0527)
JANICE J. DIGENNARO, ESQ.
926 REXCORP PLAZA
UNIONDALE, NY  11556
516-357-3292 (PH)
516-357-3333 (FX)



MCCONNELL SIDERIUS FLEISCHNER
HOUGHTALING & CRAIGMILE, LLC
TRACI L. VAN PELT, ESQ.
MICHAEL T. McCONNELL, ESQ.
ROBERT W. STEINMETZ, ESQ.
DENVER CORPORATE CENTER, TOWER 1
4700 S. SYRACUSE, SUITE 200
DENVER, CO  80202
(303) 458-9555

TO:    ANGEL M. ROPER, ESQ. And
       KENNETH THYNE, ESQ.
       ROPER & TWARDOSKY, LLC
              Attorneys for Plaintiffs, Individually and on behalf of the Class
              Michael S. Johnson, Donna Dymkowski, Patricia Long Correa,
              Antonio Samuel, Vincent Hall, Angelette Waters
       77 Jefferson Place
       Totowa, New Jersey  07512-2614
       (973) 790-4441

JOSEPH C. O'KEEFE, ESQ.
LAWRENCE ROY SANDAK, ESQ.
THOMAS ALOYSIUS McKINNEY, ESQ.
JOSEPH C. O'KEEFE, JR., ESQ.
PROSKAUER, ROSE, L.L.P.
      Attorneys for Defendant, Nextel Communications, Inc.
One Newark Center
18th Floor
Newark, New Jersey  07102
(973) 274-3256

JASON S. FEINSTEIN
STERNS & WEINROTH, P.C.
      Lead Attorneys for Defendants, Bryan Mazolla,
        Susan Fitzgerald
Suite 1400
P.O. Box 1400
Trenton, New Jersey  08607-1298
(609) 392-2100
      -and-
JASON SCOTT FEINSTEIN
STEPHENS & CHARBONNEAU
1441 Route 22, Suite 204a
Brewster, New York  10509
(609) 392-2100

JAMES VAGNINI, Defendant Pro Se

FREDERIC DAVID OSTROVE, Defendant Pro Se

2094477 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL S. JOHNSON, DONNA DYMKOWSKI,
PATRICIA LONG-CORREA, ANTONIO
SAMUEL, VINCENT HALL, ANGELETTE
WATERS, Individually, and on behalf of the Class,

Civil Action No. 1:07-CIV 8473

                         Plaintiffs,

**DECLARATION OF SHARI C. LEWIS, ESQ. IN SUPPORT OF MOTION FOR APPEARANCE PRO HAC VICE PURSUANT TO LOCAL RULE 1.3(C)**

            -against-

NEXTEL COMMUNICATIONS, INC., a Delaware
Corporation, LEEDS, MORELLI & BROWN, P.C.,
LENARD LEEDS, STEVEN A. MORELLI,
JEFFREY K. BROWN, JAMES VAGNINI,
FREDERIC DAVID OSTROVE, BRYAN
MAZOLLA, SUSAN FITZGERALD, and JOHN and
JANE DOES 1-10, (a fictitious designation for
presently unknown Defendants),

                        Defendants.
-----------------------------------------------------------------X

     I, **SHARI CLAIRE LEWIS, ESQ.**, pursuant to 28 U.S.C.§ 1746, hereby declare the

following:

     1.     I am an attorney-at-law, admitted to practice in the State of New York and

member of the law firm of Rivkin Radler LLP.

     2.     I am duly admitted to practice and in good standing before the United States

District Court for the Southern District of New York.

     3.     This Certification is submitted in support of the Motion for Appearance *pro hac*

*vice* filed on behalf of Traci L. Van Pelt, Esq., Michael T. McConnell, Esq. and Robert W.

Steinmetz, Esq. of the law firm of McConnell, Siderius, Fleischner, Houghtaling & Craigmile,

LLC, which is located at 2401 15th Street, Suite 300, Denver, Colorado  80202.

4.     Rivkin Radler LLP, 926 RexCorp Plaza, Uniondale, New York 11556, is currently local counsel of record in this matter on behalf of defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq. Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq.  Pursuant to Local Rule 1.3(c), Rivkin Radler LLP agrees to continue to serve as local counsel and to comply with the requirements set forth in the Rules of Court.

5.     As a member of the Bar of this Court, I have previously filed a Notice of Appearance asking that all future notices, Orders and pleadings be served on myself at the office of Rivkin Radler LLP, 926 RexCorp Plaza, Uniondale, New York 11556. On their admission, a request will be filed with the Court that Ms. Van Pelt, Mr. McConnell and Mr. Steinmetz also receive all future notices.

6.     The law firm of McConnell, Siderius, Fleischner, Houghtaling & Craigmile, LLC, and in particular Traci L. Van Pelt, Esq., Michael T. McConnell, Esq. Robert W. Steinmetz, Esq. concentrate and have significant experience in defending legal malpractice actions, and have been specifically requested by defendants Leeds, Morelli & Brown P.C., Lenard. Leeds, Esq. Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq. to handle their representation in this matter.

7.     This case is a purported class action.  As against defendants Leeds, Morelli & Brown, P.C., Lenard Leeds, Esq., Steven Morelli, Esq. and Jeffrey K. Brown, Esq., Plaintiffs seek certification of sub-class comprised of those persons who timely requested exclusion from a class action filed against these same defendants in the State of Colorado.  Ms. Van Pelt and Mr. McConnell were the counsel of record in the Colorado class action lawsuit from which the sub-class asserting claims against Leeds, Morelli & Brown, P.C. requested exclusion.  That matter is captioned Foster, et al. v. Leeds, Morelli & Brown, P.C., et al., Case No. 2002CV1484, Arapahoe County District Court, State of Colorado.

2

8.    The <u>Foster</u> class action case was settled pursuant to the C.R.C.P. 23.1 fairness approval process.  A final order approving that settlement was entered.  In that Order, the Colorado District Court released all claims asserted by 548 of the 587 claimants against Leeds, Morelli & Brown, P.C., Lenard Leeds, Esq., Steven Morelli, Esq. and Jeffrey K. Brown, Esq. The Colorado class action case was based upon the identical issues and claims as the case at bar.

9.    Ms. Van Pelt and Messrs. McConnell and Steinmetz have just defended the trial of a lawsuit filed by two purported class members who requested timely exclusion from the Colorado class action and who are also purported members of the putative sub-class in the case at bar.  That matter is captioned <u>McNeil, et al. v. Leeds, Morelli & Brown, et al.</u>, Denver District Court, State of Colorado, Case No. 2003CV893.  The <u>McNeil</u> matter, which was pending for 4 ½ years, was tried before a jury from October 29 – November 8, 2007, and resulted in a defendants' verdict.

10.    As a result of Ms. Van Pelt's and Messrs. McConnell's and Steinmetz's representation of Leeds, Morelli & Brown, et al. in the Colorado class action case and the case filed by two claimants who timely requested exclusion from the class action case, these lawyers have acquired substantial knowledge concerning the facts and legal issues involved in this case.

11.    Based upon the foregoing, and the accompanying Declaration by the applicant, I respectfully request that the Court admit Traci L. Van Pelt, Esq., Michael T. McConnell, Esq. and Robert W. Steinmetz, Esq., *pro hac vice* for the purposes of appearing, participating, and representing Leeds, Morelli & Brown P.C., Lenard Leeds, Esq. Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq. in this matter.

I declare, under penalties of perjury, that the foregoing is true and correct.

Dated: Uniondale, New York
       December 14, 2007

_____
SHARI CLAIRE LEWIS, ESQ. (SL 0527)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL S. JOHNSON, DONNA DYMKOWSKI,
PATRICIA LONG-CORREA, ANTONIO
SAMUEL, VINCENT HALL, ANGELETTE
WATERS, Individually, and on behalf of the Class,

                        Plaintiffs,

           -against-

NEXTEL COMMUNICATIONS, INC., a Delaware
Corporation, LEEDS, MORELLI & BROWN, P.C.,
LENARD LEEDS, STEVEN A. MORELLI,
JEFFREY K. BROWN, JAMES VAGNINI,
FREDERIC DAVID OSTROVE, BRYAN
MAZOLLA, SUSAN FITZGERALD, and JOHN and
JANE DOES 1-10, (a fictitious designation for
presently unknown Defendants),

                    Defendants.
-----------------------------------------------------------------X

Civil Action No. 1:07-CIV 8473

**DECLARATION OF TRACI L. VAN PELT, ESQ. IN SUPPORT OF MOTION FOR APPEARANCE PRO HAC VICE PURSUANT TO LOCAL RULE 1.3(C)**

     I, **TRACI L. VAN PELT, ESQ.**, pursuant to 28 U.S.C. § 1746, hereby declare

the following:

     1.     I am an attorney-at-law admitted to practice law in the States of California

and Colorado, and a member of the law firm of McConnell, Siderius, Fleischner,

Houghtaling & Craigmile, LLC, which is located at the Denver Corporate Center, Tower

I, 4700 S. Syracuse, Suite 200, Denver, Colorado.

     2.     I have been admitted to practice in the State of California since 1994; the

State of Colorado since 1995; the United States Supreme Court since 2005; the U.S.

Ninth Circuit Court of Appeals since 1994; the U.S. Tenth Circuit Court of Appeals since

1995; the U.S. District Court for the Northern District of California since 1994; and the

U.S. District Court for the District of Colorado since 1996. I have not been denied

admission to, nor have I been subject to formal discipline by any Court. I further certify that I am currently in good standing with these bars admissions. Copies of Certifications of good standing from both California and Colorado are annexed hereto as Exhibits "A" & "B" respectively.

3.      This Certification is submitted in support of my application for *pro hac vice* admission before this Court.

4.      Rivkin Radler LLP, with offices located at 926 RexCorp Plaza, Uniondale, New York 11556, is currently counsel of record in this matter, and agrees to continue to serve as local counsel on behalf of defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq. pursuant to Local Rule 1.3(c) and to comply with all Rules of Practice set forth under both the Federal Rules of Civil Procedure, and the Local Civil Rules of the United States District Court for the Southern District of New York.

5.      My Firm currently represents defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq. I have therefore developed expertise in litigating the precise issues arising from and related to this case. I have also become familiar with the policies, procedures and legal positions of defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq.

6.      This case is a purported class action. As against defendants Leeds, Morelli & Brown, P.C., Lenard Leeds, Esq., Steven Morelli, Esq. and Jeffrey K. Brown, Esq., Plaintiffs seek certification of a sub-class comprised of those persons who timely requested exclusion from a class action filed against these same defendants in the State of

Colorado. I was counsel of record in the Colorado class action lawsuit from which the sub-class asserting claims against Leeds, Morelli & Brown, P.C. requested exclusion. That matter is captioned <u>Foster, et al. v. Leeds, Morelli & Brown, P.C., et al.</u>, Case No. 2002CV1484, Arapahoe County District Court, State of Colorado.

7.    The <u>Foster</u> class action case was settled pursuant to the C.R.C.P. 23.1 fairness approval process. A final order approving that settlement was entered. In that Order, the Colorado District Court released all claims asserted by 548 of the 587 claimants against Leeds, Morelli & Brown, P.C., Lenard Leeds, Esq., Steven Morelli, Esq. and Jeffrey K. Brown, Esq. The Colorado class action case was based upon the identical underlying matter as the case at bar.

8.    I and my colleagues, Mssrs. Michael McConnell and Steinmetz, just defended a suit filed by two purported class members who requested timely exclusion from the Colorado class action and who are also purported members of the putative sub-class in the case at bar. That matter is captioned <u>McNeil, et al. v. Leeds, Morelli & Brown, et al.</u>, Denver District Court, State of Colorado, Case No. 2003CV893. The <u>McNeil</u> matter had been pending for 4½ years and has just been tried to a jury which resulted in a defendants' verdict.

9.    As a result of my representation of Leeds, Morelli & Brown, et al. in the Colorado class action case (<u>Foster, et al. v. Leeds, Morelli & Brown, et al.</u>) and the case filed by two claimants who timely requested exclusion from the Colorado class action (<u>McNeil v. Leeds, Morelli & Brown, et al.</u>), I have acquired substantial knowledge concerning the facts and legal issues involved in this case.

10.     My practice focuses on the defense of professional liability matters, and in that capacity I have developed an expertise in handling legal malpractice matters similar to the case at bar.

11.     Defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq. have requested that I represent them in this action, and perform all services and functions as required under the Federal Rules of Civil Procedure, and the Local Civil Rules of the United States District Court for the Southern District of New York.

12.     I shall abide by the Federal Rules of Civil Procedure, and the Local Civil Rules of the United States District Court for the Southern District of New York, including all disciplinary rules.

13.     I shall notify the Court immediately of any matter affecting my standing with the bar of any other Court.

I declare, under penalties of perjury, that the foregoing is true and correct.

Dated: December 12, 2007        By: _____
                                    TRACI L. VAN PELT, ESQ.

1987744 v1

4

# EXHIBIT "A"



# Supreme Court of California

FREDERICK K. OHLRICH

*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### TRACI LYNNE VAN PELT

*I,* FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that TRACI LYNNE VAN PELT was on the 8TH day of DECEMBER 1994, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that her name now appears on the Roll of Attorneys as an inactive member of the bar of this state in good standing.*

> *Witness my hand and the seal of the court,*
> *this 10th day of DECEMBER, 2007.*

FREDERICK K. OHLRICH _____

*Clerk of the Supreme Court*

By _____

*Joseph Cornetta, Deputy Clerk*



# SUPREME COURT

## State of Colorado

STATE OF COLORADO, ss:

I, _Susan J. Festag_ _____ *Clerk of the Supreme Court of the State of Colorado, do hereby certify that*

**TRACI L VAN PELT**

*has been duly licensed and admitted to practice as an*

## ATTORNEY AND COUNSELOR AT LAW

*within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the* _____ 26th _____ *day of* **December** _____ *A. D.* **1995** _____ *and that at the date hereof the said* _____ **TRACI L VAN PELT** _____

*is in good standing at this Bar.*

**IN WITNESS WHEREOF,** *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this* **4**<sup>th</sup> _____ *day of* **December** _____ *A. D.* **2007**

**Susan J. Festag**

*Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL S. JOHNSON, DONNA DYMKOWSKI,
PATRICIA LONG-CORREA, ANTONIO
SAMUEL, VINCENT HALL, ANGELETTE          Civil Action No. 1:07-CIV 8473
WATERS, Individually, and on behalf of the Class,

                         Plaintiffs,          **DECLARATION OF MICHAEL T.**
                                                **McCONNELL, ESQ. IN SUPPORT**
                                  **OF MOTION FOR APPEARANCE**
                -against-          **PRO HAC VICE PURSUANT TO**
                                    **LOCAL RULE 1.3(C)**

NEXTEL COMMUNICATIONS, INC., a Delaware
Corporation, LEEDS, MORELLI & BROWN, P.C.,
LENARD LEEDS, STEVEN A. MORELLI,
JEFFREY K. BROWN, JAMES VAGNINI,
FREDERIC DAVID OSTROVE, BRYAN
MAZOLLA, SUSAN FITZGERALD, and JOHN and
JANE DOES 1-10, (a fictitious designation for
presently unknown Defendants),

                            Defendants.
------------------------------------------------------------X

     I, **MICHAEL T. McCONNELL, ESQ.**, pursuant to 28 U.S.C.§ 1746, hereby

declare the following:

     1.     I am an attorney-at-law, admitted to practice in the States of Colorado and

Wyoming, and a member of the law firm of McConnell, Siderius, Fleischner,

Houghtaling & Craigmile, LLC, which is located at the Denver Corporate Center, Tower

I, 4700 S. Syracuse, Suite 200, Denver, Colorado.

     2.     I have been admitted to practice in the State of Colorado since 1980; the

State of Wyoming since 1992; the United States Supreme Court since 1998; the U.S.

District Court for the District of Colorado since 1980; and the U.S. Tenth Circuit Court of

Appeals since 1980.  I have not been denied admission to, nor have I been subject to

formal discipline by any Court. I further certify that I am currently in good standing with

these bars admissions. Copies of Certifications of good standing from both Colorado and Wyoming are annexed hereto as Exhibits "A" & "B" respectively.

3.      This Declaration is submitted in support of my application for *pro hac vice* admission before this Court.

4.      Rivkin Radler LLP, with offices located at 926 RexCorp Plaza, Uniondale, New York 11556, is currently counsel of record in this matter, and agrees to continue to serve as local counsel on behalf of defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq. pursuant to Local Rule 1.3(c) and to comply with all Rules of Practice set forth under both the Federal Rules of Civil Procedure, and the Local Civil Rules of the United States District Court for the Southern District of New York.

5.      My Firm currently represents defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq. I have therefore developed expertise in litigating the precise issues arising from and related to this case. I have also become familiar with the policies, procedures and legal positions of defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq.

6.      This case is a purported class action. As against defendants Leeds, Morelli & Brown, P.C., Lenard Leeds, Esq., Steven Morelli, Esq. and Jeffrey K. Brown, Esq., Plaintiffs seek certification of a sub-class comprised of those persons who timely requested exclusion from a class action filed against these same defendants in the State of Colorado. My colleague Ms. Van Pelt and myself were counsel of record in the Colorado class action lawsuit from which the sub-class asserting claims against Leeds, Morelli &

Brown, P.C. requested exclusion. That matter is captioned <u>Foster, et al. v. Leeds, Morelli & Brown, P.C., et al.</u>, Case No. 2002CV1484, Arapahoe County District Court, State of Colorado.

      7.     The <u>Foster</u> class action case was settled pursuant to the C.R.C.P. 23.1 fairness approval process. A final order approving that settlement was entered. In that Order, the Colorado District Court released all claims asserted by 548 of the 587 claimants against Leeds, Morelli & Brown, P.C., Lenard Leeds, Esq., Steven Morelli, Esq. and Jeffrey K. Brown, Esq. The Colorado class action case was based upon the identical underlying matter as the case at bar.

      8.     I also defended a lawsuit filed by two purported class members who requested timely exclusion from the Colorado class action and who are also purported members of the putative sub-class in the case at bar. That matter is captioned <u>McNeil, et al. v. Leeds, Morelli & Brown, et al.</u>, Denver District Court, State of Colorado, Case No. 2003CV893. The <u>McNeil</u> matter had been pending for 4½ years and was tried before a jury resulting in a defendants' verdict.

      9.     As a result of my representation of Leeds, Morelli & Brown, et al. in the Colorado class action case (<u>Foster, et al. v. Leeds, Morelli & Brown, et al.</u>) and the case filed by two claimants who timely requested exclusion from the Colorado class action (<u>McNeil v. Leeds, Morelli & Brown, et al.</u>), who now purport to be members of the sub-class in the present matter), I have acquired substantial knowledge concerning the facts and legal issues involved in this case.

10.     My practice focuses on the defense of professional liability matters, and in that capacity I have developed an expertise in handling legal malpractice matters similar to the case at bar.

11.     Defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq. have requested that I represent them in this action, and perform all services and functions as required under the Federal Rules of Civil Procedure, and the Local Civil Rules of the United States District Court for the Southern District of New York.

12.     I shall abide by the Federal Rules of Civil Procedure, and the Local Civil Rules of the United States District Court for the Southern District of New York, including all disciplinary rules.

13.     I shall notify the Court immediately of any matter affecting my standing with the bar of any other Court.

I declare, under penalties of perjury, that the foregoing is true and correct.


DATED: December /2 , 2007

                              By: _____
                                   MICHAEL T. McCONNELL, ESQ.



# SUPREME COURT
## State of Colorado.

STATE OF COLORADO, ss:

I, *Susan J. Festag*          *Clerk of the Supreme Court of the State of Colorado, do hereby certify that*

### MICHAEL T MCCONNELL

*has been duly licensed and admitted to practice as an*

## ATTORNEY AND COUNSELOR AT LAW

*within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the* **17th**
*day of* **October**          *A. D.* **1980**    *and that at the date hereof the said* **MICHAEL T MCCONNELL**

*is in good standing at this Bar.*

IN WITNESS WHEREOF, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this*
**4th**      *day of* **December**          *A. D.* **2007**

*Susan J. Festag*

*Clerk*

**CERTIFICATE OF THE CLERK OF THE SUPREME COURT
OF THE
STATE OF WYOMING**

————————

I, Judy Pacheco, Clerk of the Supreme Court of the State of Wyoming, hereby certify that, according to the records of my office:

# M I C H A E L    T H E O D O R E    Mc C O N N E L L

was on the 19th day of August, 1992, duly admitted to practice as an Attorney and Counsellor at Law in all the courts of Wyoming; that the above admittee has never been disbarred or suspended; that no disciplinary proceedings are pending against this admittee; and that this admittee's name now appears on the Roll of Attorneys in this office as a member of the bar in good standing.

Given under my hand and the seal of said Court this 4th day of December, 2007.

Judy Pacheco, Clerk

by deputy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL S. JOHNSON, DONNA DYMKOWSKI,
PATRICIA LONG-CORREA, ANTONIO
SAMUEL, VINCENT HALL, ANGELETTE          Civil Action No. 1:07- CV-8473
WATERS, Individually, and on behalf of the Class,

                              Plaintiffs,          **DECLARATION OF ROBERT W.**
                                          **STEINMETZ, ESQ. IN SUPPORT**
                -against-          **OF MOTION FOR APPEARANCE**
                                       **PRO HAC VICE PURSUANT TO**
NEXTEL COMMUNICATIONS, INC., a Delaware          **LOCAL RULE 1.3(C)**
Corporation, LEEDS, MORELLI & BROWN, P.C.,
LENARD LEEDS, STEVEN A. MORELLI,
JEFFREY K. BROWN, JAMES VAGNINI,
FREDERIC DAVID OSTROVE, BRYAN
MAZOLLA, SUSAN FITZGERALD, and JOHN and
JANE DOES 1-10, (a fictitious designation for
presently unknown Defendants),

                              Defendants.
-------------------------------------------------------------X

     I, **ROBERT W. STEINMETZ, ESQ.**, pursuant to 28 U.S.C. § 1746 hereby

declare the following:

     1.     I am an attorney-at-law, admitted to practice in the States of Wisconsin

and Colorado, and an Associate with the law firm of McConnell, Siderius, Fleischner,

Houghtaling & Craigmile, LLC, which is located at the Denver Corporate Center, Tower

I, 4700 S. Syracuse, Suite 200, Denver, Colorado.

     2.     I have been admitted to practice in the State of Wisconsin since 2002; the

State of Colorado since 2003; the U.S. District Court for the District of Colorado since

2005; and the U.S. Tenth Circuit Court of Appeals since 2005. I have not been denied

admission to, nor have I been subject to formal discipline by any Court. I further certify

that I am currently in good standing with these bars admissions.

3.    This Declaration is submitted in support of my application for *pro hac vice* admission before this Court.

4.    Rivkin Radler LLP, with offices located at 926 RexCorp Plaza, Uniondale, New York 11556, is currently counsel of record in this matter, and agrees to continue to serve as local counsel on behalf of defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq. pursuant to Local Rule 1-3(c), and to comply with all Rules of Practice set forth under both the Federal Rules of Civil Procedure, and the Local Civil Rules of the United States District Court for the Southern District of New York.

5.    My Firm currently represents defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq. I have therefore developed expertise in litigating the precise issues arising from and related to this case. I have also become familiar with the policies, procedures and legal positions of defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq.

6.    This case is a purported class action.  As against defendants Leeds, Morelli & Brown, P.C., Lenard Leeds, Esq., Steven Morelli, Esq. and Jeffrey K. Brown, Esq., Plaintiffs seek certification of sub-class comprised of those persons who timely requested exclusion from a class action filed against these same defendants in the State of Colorado.  My firm was counsel of record in the Colorado class action lawsuit from which the sub-class asserting claims against Leeds, Morelli & Brown, P.C. requested exclusion.  That matter is captioned <u>Foster, et al. v. Leeds, Morelli & Brown, P.C., et al.</u>, Case No. 2002CV1484, Arapahoe County District Court, State of Colorado.

7.      The Foster class action case was settled pursuant to the C.R.C.P. 23.1 fairness approval process.  A final order approving that settlement was entered.  In that Order, the Colorado District Court released all claims asserted by 548 of the 587 claimants against Leeds, Morelli & Brown, P.C., Lenard Leeds, Esq., Steven Morelli, Esq. and Jeffrey K. Brown, Esq.  The Colorado class action case was based upon the identical underlying matter as the case at bar.

8.      Subsequently, I participated in defending a lawsuit filed by two purported class members who requested timely exclusion from the Colorado class action and who are also purported members of the putative sub-class in the case at bar.  That matter is captioned <u>McNeil, et al. v. Leeds, Morelli & Brown, et al.</u>, Denver District Court, State of Colorado, Case No. 2003CV893.  The <u>McNeil</u> matter had been pending for 4½ years and was tried before a jury resulting in a defendants' verdict.  The issues in <u>McNeil</u> were substantially identical to those claims asserted against in this matter.

9.      As a result of my representation of Leeds, Morelli & Brown, et al. in the Colorado class action and the case filed by two claimants who opted our of the Colorado class action (who are members of the purported sub-class in the case at bar), we have acquired substantial knowledge concerning the facts and legal issues involved in this case.

10.     My practice focuses on general litigation, including the defense of professional liability matters.  In that capacity I have developed an expertise in handling legal malpractice matters similar to the case at bar.

11.     Defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq. have requested that I represent them in this

action, and perform all services and functions as required under the Federal Rules of Civil Procedure, and the Local Civil Rules of the United States District Court for the Southern District of New York.

12.    I shall abide by the Federal Rules of Civil Procedure, and the Local Civil Rules of the United States District Court for the Southern District of New York, including all disciplinary rules.

13.    I shall notify the Court immediately of any matter affecting my standing with the bar of any other Court.

I declare under penalties of perjury, that the foregoing is true and accurate.

Dated: December 12, 2007

By: _____

ROBERT W. STEINMETZ, ESQ.

2094527 v1

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

David R. Schanker
Clerk

# *CERTIFICATE OF GOOD STANDING*

*I, David R. Schanker, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

### *ROBERT W. STEINMETZ*

*was admitted to practice as an attorney within this state on December 20, 2002 and is presently in good standing in this court.*

*Dated: December 4, 2007*

*DAVID R. SCHANKER*
*Clerk of Supreme Court*



# SUPREME COURT
## State of Colorado.

STATE OF COLORADO, ss:

I, **Susan J. Festag**     *Clerk of the Supreme Court of the State of Colorado, do hereby certify that*

## ROBERT W STEINMETZ

*has been duly licensed and admitted to practice as an*

# ATTORNEY AND COUNSELOR AT LAW

*within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the* ___19th___

*day of* **May** ___ *A. D.* **2003** *and that at the date hereof*

*the said* **ROBERT W STEINMETZ**

*is in good standing at this Bar.*

**IN WITNESS WHEREOF**, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this*

**4th** *day of* **December** *A. D.* **2007**

**Susan J. Festag**

*Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL S. JOHNSON, DONNA DYMKOWSKI,
PATRICIA LONG-CORREA, ANTONIO
SAMUEL, VINCENT HALL, ANGELETTE        Civil Action No. 1:07-CIV 8473
WATERS, Individually, and on behalf of the Class,

Plaintiffs,

-against-

NEXTEL COMMUNICATIONS, INC., a Delaware
Corporation, LEEDS, MORELLI & BROWN, P.C.,
LENARD LEEDS, STEVEN A. MORELLI,
JEFFREY K. BROWN, JAMES VAGNINI,
FREDERIC DAVID OSTROVE, BRYAN
MAZOLLA, SUSAN FITZGERALD, and JOHN and
JANE DOES 1-10, (a fictitious designation for
presently unknown Defendants),

Defendants.
-------------------------------------------------------------X
AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                          ) SS. :
COUNTY OF NASSAU       )

    I, MEAGAN SANDERS, being sworn, say:

    I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

    On December 14, 2007, I served the within NOTICE OF MOTION FOR APPEARANCE PRO HAC VICE OF TRACI L. VAN PELT, ESQ., MICHAEL T. McCONNELL, ESQ. AND ROBERT W. STEINMETZ, ESQ., PURSUANT TO LOCAL RULE 1.3(C), DECLARATION OF SHARI C. LEWIS, ESQ. IN SUPPORT OF MOTION FOR APPEARANCE PRO HAC VICE, DECLARATION OF TRACI L. VAN PELT, ESQ., IN SUPPORT OF MOTION FOR APPEARANCE PRO HAC VICE, DECLARATION OF MICHAEL T. McCONNELL, ESQ. IN SUPPORT OF MOTION FOR APPEARANCE PRO HAC VICE AND DECLARATION OF ROBERT W. STEINMETZ, ESQ. IN SUPPORT OF MOTION FOR APPEARANCE PRO HAC VICE PURSUANT TO LOCAL RULE 1.3(C) by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S.

Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO:    ANGEL M. ROPER, ESQ. And
        KENNETH THYNE, ESQ.
        ROPER & TWARDOSKY, LLC
              Attorneys for Plaintiffs, Individually and on behalf of the Class
              Michael S. Johnson, Donna Dymkowski, Patricia Long Correa,
              Antonio Samuel, Vincent Hall, Angelette Waters
        77 Jefferson Place
        Totowa, New Jersey 07512-2614
        (973) 790-4441

        JOSEPH C. O'KEEFE, ESQ.
        LAWRENCE ROY SANDAK, ESQ.
        THOMAS ALOYSIUS McKINNEY, ESQ.
        JOSEPH C. O'KEEFE, JR., ESQ.
        PROSKAUER, ROSE, L.L.P.
              Attorneys for Defendant, Nextel Communications, Inc.
        One Newark Center
        18th Floor
        Newark, New Jersey 07102
        (973) 274-3256

        JASON S. FEINSTEIN
        STERNS & WEINROTH, P.C.
              Lead Attorneys for Defendants, Bryan Mazolla,
              Susan Fitzgerald
        Suite 1400
        P.O. Box 1400
        Trenton, New Jersey 08607-1298
        (609) 392-2100
              -and-
        JASON SCOTT FEINSTEIN
        STEPHENS & CHARBONNEAU
        1441 Route 22, Suite 204a
        Brewster, New York 10509
        (609) 392-2100

JOHN J. ROBERTELLI, ESQ.
RIVKIN RADLER, LLP
21 Main Street
Court Plaza South – West Wing
Hackensack, New Jersey  07601-7021

MEAGAN SANDERS

Sworn to before me this
14th day of December, 2007

Notary Public

PATRICIA KIPNES
Notary Public, State of New York
No. 01KI5049568
Qualified in Nassau County
Commission Expires Sept. 17, 2005

2095909 v1