UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL S. JOHNSON, DONNA DYMKOWSKI,
PATRICIA LONG-CORREA, ANTONIO
SAMUEL, VINCENT HALL, ANGELETTE
WATERS, Individually, and on behalf of the Class,

                          Plaintiffs,

                -against-

NEXTEL COMMUNICATIONS, INC., a Delaware
Corporation, LEEDS, MORELLI & BROWN, P.C.,
LENARD LEEDS, STEVEN A. MORELLI,
JEFFREY K. BROWN, JAMES VAGNINI,
FREDERIC DAVID OSTROVE, BRYAN
MAZOLLA, SUSAN FITZGERALD, and JOHN and
JANE DOES 1-10, (a fictitious designation for
presently unknown Defendants),

                          Defendants.
-------------------------------------------------------------X

Civil Action No. 1:07-CIV 8473

**ORDER GRANTING MOTION TO**
**PRACTICE PRO HAC VICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 0 9 2008

      WHEREAS, defendants, LEEDS, MORELLI & BROWN, P.C., LENARD LEEDS, ESQ., STEVEN A. MORELLI, ESQ., and JEFFREY K. BROWN, ESQ., have moved before this Court for admission *pro hac vice* of Traci L. Van Pelt, Esq., Michael T. McConnell, Esq. and Robert W. Steinmetz, Esq., pursuant to local Rule 1.3(c) of the United States District Court for the Southern District in this matter, and good cause appearing;

      IT IS on this ____ day of _____, 200__, hereby

      ORDERED that the motion is granted and that Traci L. Van Pelt, Esq., Michael T. McConnell, Esq. and Robert W. Steinmetz, Esq. are admitted to practice *pro hac vice* before this Court for all purposes and in all proceedings connected with this litigation, and it is further

ORDERED that Traci L. Van Pelt, Esq., Michael T. McConnell, Esq. and Robert W. Steinmetz, Esq. be permitted to argue or try this particular case in whole or in part as counsel or advocate, and it is further

ORDERED that this Order confirms Traci L. Van Pelt, Esq., Michael T. McConnell, Esq. and Robert W. Steinmetz, Esq.'s appearance as counsel in this case and it shall be entered on the Court's docket. A notation of their admission *pro hac vice* for the above case will be made on the roll of attorneys; and it is further

ORDERED that a copy of this Order must be served on all other counsel in this case.

JAN 0 9 2008

_George B. Daniel_
UNITED STATES DISTRICT JUDGE
HON. GEORGE

2099811 v1