# RivkinRadler

**Shari Claire Lewis**
PARTNER
(516) 357-3292
shari.lewis@rivkin.com



February 20, 2008

**VIA FEDERAL EXPRESS**

Honorable George B. Daniels (Courtroom 15D)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Johnson et. al. v. Nextel Communications, Inc. et. al.*
            Civil Action No. 07-CIV-8473
            Our File No.: 011590-00329

Dear Honorable Sir:

We represent defendants, Leeds, Morelli &Brown, Lenard Leeds, Steven Morelli and Jeffrey Brown (collectively "Leeds Defendants") in the above-mentioned litigation.

On February 7, 2008, the Leeds Defendants provided a proposed briefing scheduled to the Court regarding the defendants' desire to supplement the dispositive motion practice that was pending prior to the case's transfer to this Court. At this time, both the Leeds Defendants and the co-defendant, Nextel Communications, Inc. request a brief extension to that proposed schedule. Counsel for plaintiffs and the individual lawyer defendants have consented to this revised schedule.

Accordingly, the Leeds and Nextel Defendants propose the following case wide schedule:

    On or before February 29, 2008, the Defendants may serve supplemental submissions in support of the pending motions to dismiss not to exceed 20 pages in length;

    On or before March 21, 2008, the plaintiffs may serve a supplemental submission limited to responding the defendants' supplemental submission, not to exceed 20 pages in length;

    On or before April 11, 2008, the Defendants may serve replies to the plaintiffs' supplemental submission not to exceed 10 pages in length.

Accordingly, we request that the Court "so order" the proposed schedule in the space provided below.

926 Rexcorp Plaza
Uniondale, NY
11556-0926
Tel 516 357 3000
Fax 516 357 3333

www.rivkinradler.com

# RIVKIN RADLER

Honorable George B. Daniels
February 20, 2008
Page 2

We are available at the Court's convenience should it wish to discuss the contents of this letter or any aspect of the matter.

Very truly yours,

RIVKIN RADLER LLP

SHARI CLAIRE LEWIS (sl 0527)

SCL:np

SO ORDERED: **FEB 25 2008**

George B. Daniels, U.S.D.J.
**HON. GEORGE B. DANIELS**

cc: Kenneth S. Thyne, Esq.
Roper & Twardowsky, LLC
77 Jefferson Place
Totowa, NJ 07512-2614

Jason S. Feinstein, Esq.
Sterns & Weinroth, P.C.
50 West State St. Suite 1400
P.O. Box 1298
Trenton, N.J. 08607-1298

Joseph O'Keefe, Esq.
Proskauer Rose LLP
One Newark Center
Newark, NJ 07102