PROSKAUER ROSE LLP
Lawrence R. Sandak
Joseph C. O'Keefe
1585 Broadway
New York, New York
T: 212.969.3000
F: 212.969.2900
Attorneys for Defendant
Nextel Communications, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ X

| | |
|---|---|
| MICHAEL JOHNSON, DONNA DYMKOSKI, PATRICIA LONG-CORREA, ANTONIO SAMUEL, VINCENT HALL, ANGELETTE WATERS, Individually, and on behalf of the Class, | Civil Action No. 07-8473 (GBD) |
| Plaintiffs, | Document Electronically Filed |
| -against- | **CERTIFICATE OF SERVICE** |
| NEXTEL COMMUNICATIONS, INC., a Delaware Corporation; LEEDS, MORELLI & BROWN, P.C.; LENARD LEEDS, STEVEN A. MORELLLI; JEFFREY K. BROWN; JAMES VAGNINI, FREDERIC DAVID OSTROVE; BRYAN MAZOLLA; SUSAN FITZGERALD; AND JOHN AND JANE DOES 1-10, (a fictitious designation for presently unknown Defendants), | |
| Defendants. | |

------------------------------------ X

I hereby certify that on this date, I caused a copy of Nextel's Supplemental Memorandum of Law In Support of Its Motion to Dismiss the Amended Complaint under Fed. R. Civ. P. 12(b)(6) to be served, via Regular Mail, upon counsel as follows:

>   Kenneth S. Thyne, Esq.
>   Roper & Twardowsky, LLC
>   77 Jefferson Place
>   Totowa, NJ  07512-2614
>   Attorneys for Plaintiffs

Christopher Dale Watkins
Sussman & Watkins
40 Park Place
P.O. Box 1005
Goshen, NY 10924
Attorneys for Plaintiffs

John J. Robertelli, Esq.
Rivkin Radler LLP
Court Plaza South-West Wing
21 Main Street
Hackensack, NJ 07601
Attorneys for Defendants Leeds, Morelli & Brown, P.C., Lenard Leeds, Steven A. Morelli, Jeffrey K. Brown, James Vagnini, and Frederic David Ostrove

Michael McConnell
McConnell, Siderius, Flischner
Houghtaling & Craigmile, L.
Denver Corporate Center
Tower 1
4700 S. Syracuse, suite 200
Denver, CO 80202
Attorneys for Defendants Leeds, Morelli & Brown, P.C., Lenard Leeds, Steven A. Morelli, Jeffrey K. Brown, James Vagnini, and Frederic David Ostrove

Shari Claire Lewis, Esq.
Sterns & Weinroth
50 West State Street, Suite 1400
P.O. Box 1298
Trenton, New Jersey 08607-1298
Attorneys for Defendants Bryan Mazolla and Susan Fitzgerald

Dated: February 29, 2008
PROSKAUER ROSE LLP

By: s/Lawrence R. Sandak
    Lawrence R. Sandak
    Joseph C. O'Keefe
    Attorneys for Defendant Nextel
    Communications, Inc.

Case 1:07-cv-08473-GBD   Document 20-2   Filed 02/29/2008   Page 3 of 3