UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL S. JOHNSON, DONNA DYMKOWSKI,
PATRICIA LONG-CORREA, ANTONIO SAMUEL,
VINCENT HALL, ANGELETTE WATERS,
Individually, and on behalf of the Class,

                     Plaintiffs,

              -against-

NEXTEL COMMUNICATIONS, INC., a Delaware
Corporation, LEEDS, MORELLI & BROWN, P.C.,
LENARD LEEDS, STEVEN A. MORELLI, JEFFREY
K. BROWN, JAMES VAGNINI, FREDERIC DAVID
OSTROVE, BRYAN MAZOLLA, SUSAN
FITZGERALD, and JOHN and JANE DOES 1-10, (a
fictitious designation for presently unknown
Defendants),

                     Defendants.
-------------------------------------------------------------X

Civil Action No. 1:07-CIV 8473 (GBD)

SUPPLEMENTAL MOTION TO
DISMISS THE AMENDED
COMPLAINT

S I R S:

PLEASE TAKE NOTICE, that upon the annexed declaration of Shari Claire Lewis, Esq., dated February 29, 2008, the exhibits thereto, the supplemental memorandum of law, and the prior submissions in the United States District Court for the District of New Jersey Case No. 2:06 CV 05547 and upon all of the pleadings and proceedings heretofore had herein, the defendants LEEDS, MORELLI & BROWN, P.C., LENARD LEEDS, STEVEN A. MORELLI, and JEFFREY K. BROWN will move before the Honorable Judge George B. Daniels of the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York for an Order Pursuant to the Federal Rules of Civil Procedure §§ 8(a), 9(b) and 12(b)(6) dismissing the Amended Complaint with prejudice together with such other and further relief as to this Court seems just, proper and equitable.

Dated: Uniondale, New York
       February 29, 2008

                          Yours, etc.,

                          RIVKIN RADLER LLP
                          Attorneys for Defendants
                          LEEDS, MORELLI & BROWN, P.C., LENARD LEEDS, STEVEN A. MORELLI, and JEFFREY K. BROWN

By:    /s/Shari Claire Lewis
       SHARI CLAIRE LEWIS, ESQ. (SL-0527)
       926 RexCorp Plaza
       Uniondale, New York  11556-0926
       (516) 357-3292
       File No.: 0111590-00329

       MCCONNELL SIDERIUS FLEISCHNER HOUGHTALING & CRAIGMILE, LLC
       TRACI L. VAN PELT, ESQ.
       MICHAEL T. McCONNELL, ESQ.
       ROBERT W. STEINMETZ, ESQ.
       DENVER CORPORATE CENTER, TOWER 1
       4700 S. SYRACUSE, SUITE 200
       DENVER, CO  80202
       (303) 458-9555

TO:   KENNETH THYNE, ESQ.
       ROPER & TWARDOSKY, LLC
          Attorneys for Plaintiffs, Individually and on behalf of the Class
          Michael S. Johnson, Donna Dymkowski, Patricia Long Correa,
          Antonio Samuel, Vincent Hall, Angelette Waters
       77 Jefferson Place
       Totowa, New Jersey  07512-2614
       (973) 790-4441
          -and-
       CHRISTOPHER DALE WATKINS, ESQ.
       SUSSMAN & WATKINS
       40 Park Place
       P.O. Box 1005
       Goshen, NY 10924

JOSEPH C. O'KEEFE, ESQ.
LAWRENCE ROY SANDAK, ESQ.
THOMAS ALOYSIUS McKINNEY, ESQ.
JOSEPH C. O'KEEFE, JR., ESQ.
PROSKAUER, ROSE, L.L.P.
    Attorneys for Defendant, Nextel Communications, Inc.
One Newark Center
18th Floor
Newark, New Jersey 07102
(973) 274-3256

JASON S. FEINSTEIN
STERNS & WEINROTH, P.C.
    Lead Attorneys for Defendants, Bryan Mazolla,
    Susan Fitzgerald
Suite 1400
P.O. Box 1400
Trenton, New Jersey 08607-1298
(609) 392-2100
    -and-
JASON SCOTT FEINSTEIN
STEPHENS & CHARBONNEAU
1441 Route 22, Suite 204a
Brewster, New York 10509
(609) 392-2100

JAMES VAGNINI, Defendant Pro Se

FREDERIC DAVID OSTROVE, Defendant Pro Se

2125601 v1

3