**STERNS & WEINROTH**
A Professional Corporation
50 West State Street, Suite 1400
Trenton, New Jersey 08607-1298
JASON S. FEINSTEIN (JF-8008)
(609) 392-2100
(609) 392-7956
Attorneys for Defendants Bryan Mazzola (improperly pled as Bryan Mazolla) and Susan Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MICHAEL S. JOHNSON, DONNA DYMKOWSKI, PATRICIA LONG-CORREA, ANTONIO SAMUEL, VINCENT HALL, ANGELETTE WATERS, Individually, and on behalf of the Class, | : : : : : : : | Civil Action No.: 1:07cv08473 (GBD) |
| Plaintiffs, | : : | **DOCUMENT FILED ELECTRONICALLY** |
| v. | : : | |
| NEXTEL COMMUNICTIONS, INC., a Delaware Corporation; LEEDS, MORELLI & BROWN, P.C.; LENARD LEEDS; STEVEN A. MORELLI; JEFFREY K. BROWN; JAMES VAGNINI; FREDERIC DAVID OSTROVE; BRYAN MAZOLLA; SUSAN FITZGERALD; AND JOHN AND JANE DOES 1-10, (a fictitious designation for presently unknown Defendants), | : : : : : : : : : : | **SUPPLEMENTAL MEMORANDUM IN FURTHER SUPPORT OF CROSS-MOTION OF DEFENDANTS BRYAN MAZZOLA AND SUSAN FITZGERALD TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FED.R.CIV.P. 12(b)(6)** |
| Defendants. | : | |

{00047008;v1}

Defendants Bryan Mazzola (improperly pled as Bryan Mazolla) and Susan Fitzgerald[1] hereby submit this Supplemental Memorandum in lieu of a more formal brief in further support of their cross-motion to dismiss Plaintiffs' Complaint pursuant to Fed.R.Civ.P. 12(b)(6).

Defendants rely upon the supplemental motion papers filed by co-defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq. and Jeffrey K. Brown, Esq. to dismiss Plaintiffs' Complaint pursuant to Fed.R.Civ.P. 12(b)(6) and hereby incorporate the co-defendants' arguments as their own.

STERNS & WEINROTH
A Professional Corporation
Attorneys for Defendants
   **Bryan Mazzola and Susan Fitzgerald**


By:   /s/ Jason S. Feinstein
      jfeinstein@sternslaw.com

Dated: February 29, 2008

---

[1] As of the filing of the within cross-motion, Defendants James Vagnini and Frederic David Ostrove have not been served with plaintiffs' First Amended Complaint. If and when these Defendants are properly served, it is anticipated that Sterns & Weinroth, P.C. will act as their counsel.