# ROPER & TWARDOWSKY, LLC

*Attorneys At Law*

Angela M. Roper
Daria Twardowsky
Kenneth S. Thyne

77 Jefferson Place
Totowa, New Jersey 07512-2614

Telephone (973) 790-4441
Facsimile (973) 790-1016

*[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: ___]*

March 20, 2008

**SO ORDERED**

VIA FEDERAL EXPRESS
Honorable George B. Daniels (Courtroom 15D)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*[signature]*
**HON. GEORGE B. DANIELS**

MAR 2 4 2008

RE:   Johnson v. Nextel Communications, Inc., et al.
        Civil Action No. 07-CIV-8473

Dear Judge Daniels:

We represent the Plaintiffs in the above-referenced matter. The Defendants proposed a schedule whereby Defendants were to be served by February 29, 2008 and Plaintiffs were to be served by March 21, 2008. The Defendants consent to a one-week extension for the date for filing of papers. If the Court approves, Plaintiffs' papers will be served on March 28, 2008 and the Defendants' papers will be served on April 18, 2008.

Respectfully submitted,

*[signature]*
Kenneth S. Thyne

KST:mk
cc:   Shari Claire Lewis, Esquire, via E-Mail
        Jason Feinstein, Esquire, via E-Mail
        Joseph C. O'Keefe, Esquire, via E-Mail
        Michael Johnson, via First Class Mail
        Patricia Long-Correa, via First Class Mail
        Donna Dymkowski, via First Class Mail
        Vincent Hall, via First Class Mail
        Antonio Samuel, via First Class Mail
        Angelette Waters, via First Class Mail