# SUSSMAN & WATKINS
- Attorneys at Law -

MICHAEL H. SUSSMAN
CHRISTOPHER D. WATKINS

40 PARK PLACE, P.O. BOX 1005
GOSHEN, NEW YORK 10924

(845) 294-3991
Fax (845) 294-1623
sussman1@frontiernet.net

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: APR 01 2008

**SO ORDERED**

*George B. Daniels*

**HON. GEORGE B. DANIELS**

APR 0 1 2008

VIA FACSIMILE (212-805-6737)

March 31, 2008

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Johnson, et al. v. Nextel Communications, Inc., et al.;
      07 Civ. 8473 (GBD)

Dear Judge Daniels:

We represent plaintiffs in this case. With consent of defendants' counsel, we respectfully an additional adjournment of time to submit plaintiff's supplemental opposition papers to defendants' motions to dismiss, from April 1 to April 4, 2008. This request is due primarily to time constraints caused by an inordinately busy calendar. This is plaintiffs' second request for additional time from the original opposition submission date of March 28, 2008. If granted defendants' reply papers would be due by May 5, 2008, and we will consent to any reasonable extension from that date as required by defendants.

Thank you for your consideration of this request.

Respectfully submitted,

Christopher D. Watkins

cc:   All Counsel (via e-mail)