UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL S. JOHNSON, DONNA DYMKOWSKI,
PATRICIA LONG-CORREA, ANTONIO
SAMUEL, VINCENT HALL, ANGELETTE
WATERS, Individually, and on behalf of the Class,

                Plaintiffs,

-against-

NEXTEL COMMUNICATIONS, INC., a Delaware
Corporation, LEEDS, MORELLI & BROWN, P.C.,
LENARD LEEDS, STEVEN A. MORELLI,
JEFFREY K. BROWN, JAMES VAGNINI,
FREDERIC DAVID OSTROVE, BRYAN
MAZOLLA, SUSAN FITZGERALD, and JOHN
and JANE DOES 1-10, (a fictitious designation for
presently unknown Defendants),

                Defendants.

------------------------------------------------------------X

07 CIV 8473 (GBD)

~~PROPOSED ORDER~~
**GRANTING *PRO HAC VICE*
ADMISSION OF KENNETH
S. THYNE, ESQ. PURSUANT
TO LOCAL RULE 1.3(C)**

ECF CASE

    **THIS MATTER**, having been brought before the Court upon the motion of Sussman & Watkins, attorneys for plaintiffs, for entry of an order permitting the *pro hac vice* admission of Kenneth S. Thyne, Esq., and this Court having considered the Declaration of Kenneth S. Thyne, Esq. and the Declaration of Christopher D. Watkins, Esq., his sponsoring attorney, a member in good standing of the Bar of the United States District Court for the Southern District of New York, and for good cause having been shown;

    IT IS on this ___ day of _____, 2008,

    **ORDERED** that Kenneth S. Thyne, Esq., is hereby admitted to practice *pro hac vice* as counsel for plaintiffs in the above matter in the United States District Court for the Southern District of New York; and it is further

**ORDERED** that Kenneth S. Thyne, Esq. will abide by all Local Rules of this Court, including the rules governing the discipline of attorneys; and it is further

**ORDERED** that if this action is assigned to the Electronic Case Filing (ECF) system, Kenneth S. Thyne, Esq. shall immediately apply for a password at nysd.uscourts.gov and that Kenneth S. Thyne, Esq. shall forward to this Court any and all *pro hac vice* admission fees; and it is further

**ORDERED** that a true copy of this Order shall be served upon all counsel of record within seven (7) days from receipt hereof.

Dated: APR 0 1 2008

United States District Judge
HON. GEORGE B. DANIELS

**HON. GEORGE B. DANIELS**

2

## CERTIFICATE OF SERVICE

I, Christopher D. Watkins, Esq, hereby affirm that on January 4, 2008, I caused to be served by first class U.S. mail, true and correct copies of the enclosed Pro Hac Vice Motion papers on the following:

Shari Clare Lewis, Esq.
RIVKIN RADLER LLP
926 Rexcorp Plaza
Uniondale, NY 11556

John J. Robertelli, Esq.
RIVKIN RADLER LLP
21 Main Street
Hackensack, NJ 07601

Traci L. Van Pelt, Esq.
MCDONNELL SIDERIUS FLEISCHNER
HOUGHTALING & CRAIGMILE, LLC
4700 S. Syracuse, Ste. 200
Denver, CO 80202

Lawrence R. Sandak, Esq.
PROSKAUER ROSE, LLP
One Newark Center, 18th Floor
Newark, NJ 07102

Thomas A. McKinney, Esq.
PROSKAUER ROSE, LLP
1585 Broadway
New York, NY 10036

Jason S. Feinstein, Esq.
STERNS & WEINROTH
P.O. Box 1400
Trenton, NJ 08607-1298

Dated: January 2, 2008
Goshen, NY

Christopher D. Watkins, Esq. (CW 2240)