# EXHIBIT L

☐ Small Claims ☐ County Court ☒ District Court
☐ Probate Court ☐ Juvenile Court ☐ Water Court
City and County of Denver, Colorado

Plaintiffs:

DENISE MCNEIL and ALENCIA ASHTON-MOORE

Defendants:

LEEDS, MORELLI & BROWN P.C., et al.

▲ COURT USE ONLY ▲

Case Number: 03CV893

Attorneys for Defendant:
Glenn W. Gregory
Talya Zuckerman
999 18th Street, Suite 1600
Denver, CO 80202

Ctrm: 2

EFILED Document
CO Denver County District Court 2nd JD
Filing Date: Jan 5 2007 2:16PM MST
Filing ID: 13366092
Review Clerk: Nancy L Magalahan

## ORDER RE: LMB ATTORNEYS' MOTION TO DISMISS PLAINTIFFS' FIRST CLAIM FOR RELIEF FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

As alleged in the Fourth Amended Complaint, the essence of plaintiffs' outrageous conduct claims is that the LMB attorney defendants concealed from plaintiffs, their clients in case against Nextel involving claims of racial and sexual harassment, the fact that their law firm had accepted an offer to settle which included the law firm getting millions of dollars from Nextel and the clients' representation being seriously compromised. The Court cannot conclude as a matter of law that this conduct could not be considered outrageous.

The motion is denied.

DATED THIS 5TH DAY OF JANUARY, 2007.

BY THE COURT:

John N. McMullen
District Court Judge

Cc: All parties