EXHIBIT C

Roper & Twardowsky, LLC
77 Jefferson Place
Totowa, New Jersey 07512-2614
(973) 790-4441

Houston & Totaro
Attorneys-at-Law
56 Broad Street, Suite 1
Bloomfield, N.J. 07003
(973) 748-4580
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL S. JOHNSON, DONNA DYMKOWSKI, PATRICIA LONG-: CORREA, ANTONIO SAMUEL, VINCENT HALL, ANGELETTE WATERS,: Individually, and on behalf of the Class, | : **CIVIL ACTION NO. 06-5547 (DMC) (MF)** |
| Plaintiffs, | : **CERTIFICATION OF** : **ANGELA M. ROPER** |
| vs. | : |
| NEXTEL COMMUNICATIONS, INC., a: Delaware Corporation; LEEDS, MORELLI &: BROWN, P.C.; LENARD LEEDS, STEVEN: A. MORELLI, JEFFREY K. BROWN;: JAMES VAGNINI; FREDERIC DAVID: OSTROVE; BRYAN MAZOLLA; SUSAN: FITZGERALD; AND JOHN AND JANE: DOES 1-10 (a fictitious designation for: presently unknown Defendants), | : |
| Defendants. | : |

I, Angela M. Roper, of full age, by way of certification in lieu of oath state:

1. I make this Certification in opposition to Defendants' Motions to Change Venue and to

Dismiss.  I attach hereto as <u>Exhibit A</u> the January 19, 2007 expert report of Michael T. Mihm rendered in the matter of <u>Denise McNeil v. Leeds, Morelli & Brown, et al.</u>, Case No. 2003-CV-893, District Court, City and County of Denver Colorado.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


_____

Angela M. Roper


Dated: January 26, 2007