<u>Guyden v. Prudential</u>; 00 Civ. 4563 (KSH)

CERTIFICATE OF SERVICE

    I, Christopher D. Watkins, Esq., certify that on April 2, 2008, I caused to be served by first class United States mail, postage prepaid, Plaintiff's Notice of Motion, Memorandum of Law and Proposed Order, upon attorneys for defendant at:

    Marvin M. Goldstein, Esq.
    Proskauer Rose
    1 Newark Center
    Newark, NJ 07102

Dated: April 2, 2008
      Chester, New York

By: _____
    CHRISTOPHER D. WATKINS