Christopher D. Watkins, Esquire
SUSSMAN & WATKINS
40 Park Place
Goshen, New York 10924
(845) 294-3991
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF NEW ~~JERSEY~~ YORK

| | |
|---|---|
| MICHAEL S. JOHNSON, DONNA DYMKOWSKI, PATRICIA LONG-CORREA, ANTONIO SAMUEL, VINCENT HALL, ANGELETTE WATERS, Individually, and on behalf of the Class, <br><br> Plaintiffs, <br><br> vs. <br><br> NEXTEL COMMUNICATIONS, INC., a Delaware Corporation; LEEDS, MORELLI & BROWN, P.C.; LENARD LEEDS, STEVEN A. MORELLI, JEFFREY K. BROWN; JAMES VAGNINI; FREDERIC DAVID OSTROVE; BRYAN MAZOLLA; SUSAN FITZGERALD; AND JOHN AND JANE DOES 1-10 (a fictitious designation for presently unknown Defendants), <br><br> Defendants. | Civil Action No.: <br> 1:07cv08473 (GBD) <br><br><br> **DECLARATION OF KENNETH S. THYNE, ESQ., IN FURTHER OPPOSITION OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT** |

I, Kenneth S. Thyne, Esq., pursuant to 28 U.S.C., §1746 hereby declare the following:

1. I am an attorney-at-law admitted to practice in the State of New Jersey, and I am an associate in the law firm of Roper & Twardowsky, LLC, 77 Jefferson Place, Totowa, New Jersey 07512.

2. Attached hereto as <u>Exhibit A</u> is a true and exact copy of Plaintiffs' Brief in Opposition to Defendants' Motion to Dismiss.

3. Attached hereto as <u>Exhibit B</u> is a true and exact copy of the Certification of Kenneth S. Thyne, Esq., dated January 23, 2007.

4. Attached hereto as <u>Exhibit C</u> is a true and exact copy of the Certification of Angela M. Roper, Esq., dated January 26, 2007.

5. Attached hereto as <u>Exhibit D</u> is a true and exact copy of the Certification of Angelette Waters undated.

6. Attached hereto as <u>Exhibit E</u> is a true and exact copy of the Certification of Antonio Samuel dated January 24, 2007.

7. Attached hereto as <u>Exhibit F</u> is a true and exact copy of the Certification of Michael Johnson undated.

8. Attached hereto as <u>Exhibit G</u> is a true and exact copy of the Certification of Donna Dymkowski dated January 24, 2007.

9. Attached hereto as <u>Exhibit H</u> is a true and exact copy of Plaintiffs' Brief in Opposition to Defendants' Motion for Transfer of Venue and the Certification of Melissa J. Totaro, Esq.

I declare under penalties of perjury that the foregoing is true and accurate.

                                                Kenneth S. Thyne, Esq.
                                                ken.thyne@njlegalmalpractice.com

Dated: March 27, 2008