# EXHIBIT B

Roper & Twardowsky, LLC
77 Jefferson Place
Totowa, New Jersey 07512-2614
(973) 790-4441

Houston & Totaro
Attorneys-at-Law
56 Broad Street, Suite 1
Bloomfield, N.J. 07003
(973) 748-4580
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
Southern DISTRICT OF NEW ~~JERSEY~~ YORK

| | |
|---|---|
| MICHAEL S. JOHNSON, DONNA DYMKOWSKI, PATRICIA LONG-CORREA, ANTONIO SAMUEL, VINCENT HALL, ANGELETTE WATERS, Individually, and on behalf of the Class, | CIVIL ACTION NO. 06-5547 (DMC) (MF) |
| Plaintiffs, | CERTIFICATION OF KENNETH S. THYNE |
| vs. | |
| NEXTEL COMMUNICATIONS, INC., a Delaware Corporation; LEEDS, MORELLI & BROWN, P.C.; LENARD LEEDS, STEVEN A. MORELLI, JEFFREY K. BROWN; JAMES VAGNINI; FREDERIC DAVID OSTROVE; BRYAN MAZOLLA; SUSAN FITZGERALD; AND JOHN AND JANE DOES 1-10 (a fictitious designation for presently unknown Defendants), | |
| Defendants. | |

I, Kenneth S. Thyne, of full age, by way of certification in lieu of oath state:

1. I make this Certification in opposition to Defendants' Motions to Change Venue and to

Dismiss. I attach hereto as Exhibits A and B two documents that were filed by attorneys for Defendants, Leeds, Morelli & Brown, in Courts in Colorado. I attach only certain pages from these documents, as they were apparently subject to a Protective Order, and I have redacted the documents to reveal only the information directly pertinent to the Motions pending before the Court.

2. Attached hereto as <u>Exhibit A</u> is a schedule submitted by Leeds, Morelli & Brown's attorney in litigation in Colorado setting forth the state of residence of the members of the 588 members of the class. As can be seen from this schedule, only 9 members of the class are from New York; 99 come from New Jersey. It is difficult to reconcile the representations Leeds, Morelli & Brown made in this chart, which they submitted to the Court in Colorado with certain statements made in their Brief in support of their Motion to Change Venue.

3. Attached hereto as <u>Exhibit B</u> is an excerpt from a brief filed by Leeds, Morelli & Brown in an action in Colorado, captioned <u>McNeil v. Leeds, Morelli & Brown</u>, Case No. 03CV893. While the pages are marked as "under seal," it is my understanding that the action is not under seal. Nevertheless, I attach Page 5 from a brief Leeds, Morelli & Brown filed in the case. Again, the statement as to Leeds, Morelli & Brown's involvement with the members of the class in this matter appear to be at odds with the facts they are asserting in support of their Motion to Change Venue.

4. By redacting these exhibits, Plaintiffs do not in any way agree that any of these documents are under seal or subject to a Protective Order, or that Plaintiffs are in any way limited in using same. They simply do so for the Court's information.

5. Attached hereto as <u>Exhibit C</u> is Amendment One to the Dispute Resolution and Settlement Agreement dated September 28, 2000.

6. Attached hereto as <u>Exhibit D</u> is Amendment Two to the to the Dispute Resolution and Settlement Agreement. This Amendment is dated February 8, 2001.

7. Attached hereto as <u>Exhibit E</u> is Amendment Three to the Dispute Resolution and Settlement Agreement. This Amendment is dated September 14, 2001.

8. Attached hereto as <u>Exhibit F</u> is the Highlights to the settlement agreement with Nextel.

9. Attached hereto as <u>Exhibit G</u> are various newspaper articles indicating, among other things, that Leeds, Morelli & Brown were claiming 1.76 million dollars in damages in discrimination suit or asking for a settlement by Defendant Brown to be 2 million dollars or more.

10. Attached hereto as <u>Exhibit H</u> is the Fourth Amended Complaint in the matter of <u>McNeil v. Leeds Morelli & Brown, Nextel, et al.</u>

11. Attached hereto as <u>Exhibit I</u> is Defendant Nextel's Motion to Dismiss in <u>McNeil</u>.

12. Attached hereto as <u>Exhibit J</u> is the Order of the District Court Judge John McMullen denying, for the most part, Defendant Nextel's Motion to Dismiss in <u>McNeil</u>.

13. Attached hereto as <u>Exhibit K</u> is Defendant Leeds, Morelli & Brown's Motion to Dismiss in <u>McNeil</u>.

14. Attached hereto as <u>Exhibit L</u> is the Order of the District Court Judge John McMullen dated January 5, 2007.

15. Attached hereto as <u>Exhibit M</u> is the Affidavit of Lutchman Boodoo, wherein Mr. Boodoo indicates that he had never seen the DRSA and was unaware of the multi-million dollar payment of legal fees from Nextel to Leeds-Morelli, which bore no relationship to the amount they recovered on the client's behalf. I have seen more than 50 similar affidavits.

16. Attached hereto as <u>Exhibit N</u> the First Amended Complaint in this matter.

17. Attached hereto as <u>Exhibit O</u> the decision <u>In the matter of Karrel Zaruba</u>, Supreme Court of New Jersey, DRB 03-098.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Kenneth S. Thyne
Attorney for Plaintiffs

Dated: 1/23/07