# EXHIBIT A

PRELIMINARY SUMMARY OF
RETAINERS AND RESOLUTIONS

| 1 | A<br>ST. | B<br>RETAINER TYPE | C<br>GENERAL RELEASE | D<br>SETTLEMENT S | E<br>STAGE |
|---|---|---|---|---|---|
| 174 | | | | | |
| 175 | | | | | |
| 176 | | | | | |
| 177 | | | | | |
| 178 | | | | | |
| 179 | | | | | |
| 180 | | | | | |
| 181 | | | | | |
| 182 | | | | | |
| 183 | | | | | |
| 184 | | | | | |
| 185 | | | | | |
| 186 | | | | | |
| 187 | | | | | |
| 188 | | | | | |
| 189 | | | | | |
| 190 | | | | | |
| 191 | | | | | |
| 192 | | | | | |
| 193 | | | | | |
| 194 | | | | | |
| 195 | | | | | |
| 196 | | | | | |
| 197 | | | | | |
| 198 | | | | | |
| 199 | | | | | |
| 200 | | | | | |
| 201 | | | | | |
| 202 | | | | | |
| 203 | | | | | |
| 204 | | | | | |
| 205 | | | | | |
| 206 | | | | | |
| 207 | NJ | | | | |
| 208 | NJ | | | | |
| 209 | NJ | | | | |
| 210 | NJ | | | | |
| 211 | NJ | | | | |
| 212 | NJ | | | | |
| 213 | NJ | | | | |
| 214 | NJ | | | | |
| 215 | NJ | | | | |
| 216 | NJ | | | | |

PRELIMINARY SUMMARY OF
RETAINERS AND RESOLUTIONS

| 1 | A<br>ST. | B<br>RETAINER TYPE | C<br>GENERAL RELEASE | D<br>SETTLEMENT S | E<br>STAGE |
|---|---|---|---|---|---|
| 217 | NJ | | | | |
| 218 | NJ | | | | |
| 219 | NJ | | | | |
| 220 | NJ | | | | |
| 221 | NJ | | | | |
| 222 | NJ | | | | |
| 223 | NJ | | | | |
| 224 | NJ | | | | |
| 225 | NJ | | | | |
| 226 | NJ | | | | |
| 227 | NJ | | | | |
| 228 | NJ | | | | |
| 229 | NJ | | | | |
| 230 | NJ | | | | |
| 231 | NJ | | | | |
| 232 | NJ | | | | |
| 233 | NJ | | | | |
| 234 | NJ | | | | |
| 235 | NJ | | | | |
| 236 | NJ | | | | |
| 237 | NJ | | | | |
| 238 | NJ | | | | |
| 239 | NJ | | | | |
| 240 | NJ | | | | |
| 241 | NJ | | | | |
| 242 | NJ | | | | |
| 243 | NJ | | | | |
| 244 | NJ | | | | |
| 245 | NJ | | | | |
| 246 | NJ | | | | |
| 247 | ■ | | | | |
| 248 | ■ | | | | |
| 249 | ■ | | | | |
| 250 | ■ | | | | |
| 251 | ■ | | | | |
| 252 | ■ | | | | |
| 253 | ■ | | | | |
| 254 | ■ | | | | |
| 255 | NY | | | | |
| 256 | NY | | | | |
| 257 | ■ | | | | |
| 258 | ■ | | | | |
| 259 | ■ | | | | |

PRELIMINARY SUMMARY OF
RETAINERS AND RESOLUTIONS

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | ST. | RETAINER TYPE | GENERAL RELEASE | SETTLEMENT $ | STAGE |
| 260 | | | | | |
| 261 | | | | | |
| 262 | | | | | |
| 263 | | | | | |
| 264 | | | | | |
| 265 | | | | | |
| 266 | | | | | |
| 267 | | | | | |
| 268 | | | | | |
| 269 | | | | | |
| 270 | | | | | |
| 271 | | | | | |
| 272 | | | | | |
| 273 | | | | | |
| 274 | | | | | |
| 275 | | | | | |
| 276 | | | | | |
| 277 | | | | | |
| 278 | | | | | |
| 279 | | | | | |
| 280 | | | | | |
| 281 | | | | | |
| 282 | | | | | |
| 283 | | | | | |
| 284 | | | | | |
| 285 | | | | | |
| 286 | | | | | |
| 287 | | | | | |
| 288 | | | | | |
| 289 | | | | | |
| 290 | | | | | |
| 291 | | | | | |
| 292 | | | | | |
| 293 | | | | | |
| 294 | | | | | |
| 295 | | | | | |
| 296 | | | | | |
| 297 | NY | | | | |
| 298 | | | | | |
| 299 | | | | | |
| 300 | | | | | |
| 301 | | | | | |
| 302 | | | | | |

PRELIMINARY SUMMARY OF
RETAINERS AND RESOLUTIONS

| 1 | A<br>ST. | B<br>RETAINER TYPE | C<br>GENERAL RELEASE | D<br>SETTLEMENT S | E<br>STAGE |
|---|---|---|---|---|---|
| 303 | | | | | |
| 304 | | | | | |
| 305 | | | | | |
| 306 | | | | | |
| 307 | | | | | |
| 308 | | | | | |
| 309 | | | | | |
| 310 | | | | | |
| 311 | | | | | |
| 312 | | | | | |
| 313 | | | | | |
| 314 | | | | | |
| 315 | | | | | |
| 316 | | | | | |
| 317 | | | | | |
| 318 | | | | | |
| 319 | | | | | |
| 320 | | | | | |
| 321 | | | | | |
| 322 | | | | | |
| 323 | | | | | |
| 324 | | | | | |
| 325 | | | | | |
| 326 | | | | | |
| 327 | | | | | |
| 328 | | | | | |
| 329 | | | | | |
| 330 | | | | | |
| 331 | | | | | |
| 332 | | | | | |
| 333 | | | | | |
| 334 | | | | | |
| 335 | | | | | |
| 336 | | | | | |
| 337 | | | | | |
| 338 | | | | | |
| 339 | | | | | |
| 340 | | | | | |
| 341 | | | | | |
| 342 | NJ | | | | |
| 343 | NJ | | | | |
| 344 | NJ | | | | |
| 345 | NJ | | | | |

PRELIMINARY SUMMARY OF
RETAINERS AND RESOLUTIONS

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | ST. | RETAINER TYPE | GENERAL RELEASE | SETTLEMENT $ | STAGE |
| 346 | NJ | | | | |
| 347 | NJ | | | | |
| 348 | NJ | | | | |
| 349 | NJ | | | | |
| 350 | NJ | | | | |
| 351 | NJ | | | | |
| 352 | NJ | | | | |
| 353 | NJ | | | | |
| 354 | NJ | | | | |
| 355 | NJ | | | | |
| 356 | NJ | | | | |
| 357 | NJ | | | | |
| 358 | NJ | | | | |
| 359 | NJ | | | | |
| 360 | NJ | | | | |
| 361 | NJ | | | | |
| 362 | NY | | | | |
| 363 | NY | | | | |
| 364 | | | | | |
| 365 | | | | | |
| 366 | | | | | |
| 367 | | | | | |
| 368 | | | | | |
| 369 | | | | | |
| 370 | | | | | |
| 371 | | | | | |
| 372 | | | | | |
| 373 | | | | | |
| 374 | | | | | |
| 375 | | | | | |
| 376 | | | | | |
| 377 | | | | | |
| 378 | | | | | |
| 379 | | | | | |
| 380 | | | | | |
| 381 | | | | | |
| 382 | | | | | |
| 383 | | | | | |
| 384 | | | | | |
| 385 | | | | | |
| 386 | | | | | |
| 387 | | | | | |
| 388 | NJ | | | | |

PRELIMINARY SUMMARY OF
RETAINERS AND RESOLUTIONS

| 1 | ST. | RETAINER TYPE | GENERAL RELEASE | SETTLEMENT $ | STAGE |
|---|---|---|---|---|---|
| | A | B | C | D | E |
| 389 | NJ | | | | |
| 390 | NJ | | | | |
| 391 | NJ | | | | |
| 392 | NJ | | | | |
| 393 | NJ | | | | |
| 394 | NJ | | | | |
| 395 | NJ | | | | |
| 396 | NJ | | | | |
| 397 | | | | | |
| 398 | | | | | |
| 399 | | | | | |
| 400 | | | | | |
| 401 | | | | | |
| 402 | | | | | |
| 403 | | | | | |
| 404 | | | | | |
| 405 | | | | | |
| 406 | | | | | |
| 407 | | | | | |
| 408 | | | | | |
| 409 | | | | | |
| 410 | | | | | |
| 411 | | | | | |
| 412 | | | | | |
| 413 | | | | | |
| 414 | | | | | |
| 415 | | | | | |
| 416 | | | | | |
| 417 | | | | | |
| 418 | | | | | |
| 419 | | | | | |
| 420 | | | | | |
| 421 | | | | | |
| 422 | | | | | |
| 423 | | | | | |
| 424 | | | | | |
| 425 | | | | | |
| 426 | | | | | |
| 427 | | | | | |
| 428 | | | | | |
| 429 | | | | | |
| 430 | | | | | |
| 431 | | | | | |

PRELIMINARY SUMMARY OF
RETAINERS AND RESOLUTIONS

| 1 | A<br>ST. | B<br>RETAINER TYPE | C<br>GENERAL RELEASE | D<br>SETTLEMENT S | E<br>STAGE |
|---|---|---|---|---|---|
| 518 | ▓▓ | | | | |
| 519 | NJ | | | | |
| 520 | NJ | | | | |
| 521 | NJ | | | | |
| 522 | NJ | | | | |
| 523 | NJ | | | | |
| 524 | NJ | | | | |
| 525 | NJ | | | | |
| 526 | NJ | | | | |
| 527 | NJ | | | | |
| 528 | NJ | | | | |
| 529 | NJ | | | | |
| 530 | NJ | | | | |
| 531 | NJ | | | | |
| 532 | NJ | | | | |
| 533 | NJ | | | | |
| 534 | NJ | | | | |
| 535 | NJ | | | | |
| 536 | NJ | | | | |
| 537 | NJ | | | | |
| 538 | NJ | | | | |
| 539 | NJ | | | | |
| 540 | NJ | | | | |
| 541 | NJ | | | | |
| 542 | NJ | | | | |
| 543 | NJ | | | | |
| 544 | NJ | | | | |
| 545 | NJ | | | | |
| 546 | NJ | | | | |
| 547 | NJ | | | | |
| 548 | NJ | | | | |
| 549 | ▓▓ | | | | |
| 550 | ▓▓ | | | | |
| 551 | ▓▓ | | | | |
| 552 | ▓▓ | | | | |
| 553 | ▓▓ | | | | |
| 554 | ▓▓ | | | | |
| 555 | NY | | | | |
| 556 | NY | | | | |
| 557 | NY | | | | |
| 558 | NY | | | | |
| 559 | ▓▓ | | | | |
| 560 | ▓▓ | | | | |