# EXHIBIT G

sinessDay

The New York Times



# Workers Plan Bias Lawsuits Against Nextel

## Harassment Said to Be Both Racial and Sexual

By SETH SCHIESEL

In one of the broadest recent attacks on employment practices in the telecommunications industry, more than 300 current and former employees of Nextel Communications Inc., a fast-growing wireless communications carrier, intend to file complaints of racial and sexual discrimination at the company, the employees' lawyers said yesterday.

The lawyers said that they intend to file 25 complaints today with the Equal Employment Opportunity Commission against Nextel on behalf of workers in Colorado, Georgia, Illinois, New Jersey, Ohio and Tennessee. Later this week, the lawyers intend to file 25 additional complaints representing employees in states including Alabama, California, Florida and Virginia.

The lawyers intend to file 50 additional complaints each week until all 302 complaints have been submitted.

Nextel, based in Reston, Va., is one of the fastest-growing wireless communications providers in the nation. Financed largely by Motorola Inc. and Craig O. McCaw, the cellular telephone pioneer, Nextel now serves more than 5.5 million subscribers.

As they file the complaints with the employment commission, the workers' lawyers intend to ask the commission's permission to file lawsuits against the company in federal court under Title VII of the Civil Rights Act of 1964. The lawyers, who say they have worked with the Nextel workers for nine months, said they intended to seek class-action status for the lawsuit and said they intended to seek millions of dollars in damages. The lawyers also said they intended to ask that Nextel, which has a market value of $51 billion, be required to make a multibillion-dollar commitment to sensitivity training and diversity in hiring and promotion.

"At this point we have not received any official complaints, and when we do receive any such official complaint we will certainly investigate and respond appropriately," Randall C. Harris, Nextel's sen-

s Setting
m Empire

Family Control

Edgar Bronfman Jr., top, tried to transform Seagram from its origins as a Canadian liquor company into an entertainment powerhouse, including the purchase of the Universal Movie Studio

TIMES, TUESDAY, JUNE 20, 2000

# Over 300 Nextel Workers To File Discrimination Suits



John Victor for The New York Times

...pleted uranium cylinders belonging to the Energy
...d States Enrichment's plant in Portsmouth, Ohio.
...have to close the Ohio plant or its Kentucky plant.

...ke sense as a
...s tough on the
...ke plowshares.
...- Russian deal

...          and these
...the       le cost of
...nel J. Minter,
...n local at Ports-
...r recent layoffs.
...er 1,000 workers.
...  picked anything
...vatize. The Pen-
...een easier."
...d States Enrich-
...asked the Energy
...00 million to help
...ubles but failed to
...here that the Rus-
...ed any unexpected
...g executives sala-
...e with those of pri-
...lso a sore point.

The company began its life, mean-
while, with a huge stock of its raw
material, unenriched uranium hexa-
fluoride, a kind of dowry from the
government, and has been selling it,
to pay dividends and other costs.
Partly as a result, the price of a
pound of uranium is down sharply,
forcing some mines to shut down.
The nation's sole company for con-
verting uranium ore into uranium
hexafluoride, the form that USEC
uses, says it is near a shutdown, too.
"The irony of this privatization,"
said Thomas L. Neff, a senior scien-
tist at the Center for International
Studies at M.I.T., who first conceived
the Russian uranium deal, "is that
the government set something out
there, with various goodies, that did
a lot of collateral damage. The gov-
ernment subsidized an entity that's
destroying everything else."

## Continued From First Business Page

said in a telephone interview yester-
day. "Until such time that we receive
such official complaint there is no
other response that would be war-
ranted."
Copies of the 25 complaints that
are to be filed today were provided to
The New York Times yesterday by
the workers' law firm, Leeds Morelli
& Brown, based in Manhattan. The
law firm also provided a list of 302
current and former Nextel employ-
ees that the firm said intended to file
complaints. Jeffrey K. Brown, a part-
ner at the firm, said yesterday that
he was willing to provide copies of
the complaints to Nextel on request
before the complaints were filed.
"Nextel is one of the largest tele-
communications companies in the
world and they are trying to promote
an image of diversity when the facts
are that within the corridors of Nex-
tel, minority employees are har-
assed and mistreated solely on the
basis of their race," Mr. Brown said
yesterday.
Mr. Brown said that his firm con-
tacted Nextel in March. In April, he
provided the company with details of
some workers' complaints and also
met with Nextel lawyers in Virginia.
"It's been very slow," Mr. Brown
said. "In my opinion they did not
take this seriously, nor do they be-
lieve they have a problem on hand."
Of the 25 complaints to be filed
today, 24 claim racial discrimination
and 6 claim sexual discrimination.
Most of the employees set to file
complaints are black. According to
the complaints, they were routinely,

treated unfairly and many said they
were passed over for raises or pro-
motions, sometimes in favor of less-
experienced or less-capable white
workers. Some minority workers
said they were made to do more than
other employees of similar experi-
ence.
In some of the complaints, the
workers said they were made to feel
uncomfortable by derogatory com-
ments made by supervisors or fellow
workers. In his complaint, one black
worker said that when he arrived for
a job in Atlanta, he received harass-
ing calls from other Nextel employ-
ees in which he was repeatedly

## The company holds off commenting until the formal filings.

called a racial epithet. The same
employee said that he was punished
professionally for not responding
positively to the sexual overtures of
a white female supervisor and also
overheard comments that implied
that his employment was sufficient
to fill a racial quota.
In his complaint, an employee in
Colorado said that a white "team
leader" suggested that he call him-
self "darky" when his office had a
"theme day." A Hispanic worker in
Colorado said he was called "thug"
in addition to more pointed epithets.
A black salesman in Tennessee said
that his manager said, "Blacks and
women have no business in the work-
place," and denied a request for a
transfer to a more affluent area be-
cause "they don't like black people
there."
Filing with the employment com-
mission is a necessary first step in
most workplace racial and sexual
harassment proceedings. The com-
mission rarely takes cases to court
itself; last year, it received 77,444
complaints and filed 465 suits
against employers. But after filing a
complaint, a worker can petition the
commission for permission to sue
independently.
In earlier decades, the American
Telephone and Telegraph Company
faced accusations of racial discrimi-
nation. But the telecommunications
industry generally has not faced
such broad discrimination lawsuits
as those leveled against Coca-Cola.

# ...u Computer Virus Is Making the Rounds

Associated Press

...puter virus disguised
...out male and female
...has hit several large
...but security experts
...spreading relatively

...pt permanently
...  ) files but can
...syste...s.
...mpanies in the United
...riday and began ap-
...ustralia and Asia over
...d, said David Perry of
...Inc., a maker of anti-

The virus was spreading more
slowly than the Love Bug, which
crippled computer systems around
the world in a matter of hours
when it struck in early May.
Like Love Bug, the latest virus
automatically sends copies to ev-
eryone listed in the Microsoft Out-
look program's address book. Both
viruses can also spread through
chat rooms.
But unlike Love Bug, the new
virus uses a Windows feature
called Shell Scrap Object to acti-
vate. The virus carries an ".shs"
rs... but Windows computers are

generally configured to hide the
suffix, making the file appear to
contain only text.
The e-mail message contains
"funny," "life stages" or "jokes"
in the subject line. The text of the
message reads "the male and fe-
male stages of life," with an at-
tachment,    "life-stages.txt"    or
"life-stages.txt.shs."
Antivirus companies have is-
sued software updates to catch the
new virus and are encouraging
businesses to filter incoming mail
and delete attachments with the
".shs" suffix.

## Shopping for a new car or truck?

 FIND ARTICLES
The World's First FREE Article Search

Find Articles Home

View By Subject    View By Name    Search Tips    Help

Search [all magazines ▼] for [                    ] [Find It]

**Search Tips**: Use quotes to find a specific phrase, e.g. "Abe Lincoln" or "New York". Use the + sign for words that MUST be in the article, e.g. +Ford +SUV

Terms related to this article: Telecommunications services industry

PR Newswire
Search this Magazine
Go to Web site

Print this article | Email this article

Page: 1

# Nextel: Company Statement.

Issue: June 20, 2000

RESTON, Va., June 20 /PRNewswire/ --

The following is a statement from Nextel Communications, Inc.:

Nextel has received requests to comment on the allegations of employment discrimination and harassment leveled against it. Nextel cannot comment on any specific allegations until all the relevant facts are gathered and assessed, and although we have repeatedly requested the law firm of Leeds Morelli & Brown to provide us with information regarding these claims, we are awaiting receipt of the complaints that are reportedly being filed with the Equal Employment Opportunity Commission. We will conduct a thorough investigation of those allegations once we have received the information we need to do so.

We strongly believe that Leeds Morelli & Brown has done a disservice to those it claims to represent by attempting to try these allegations in the media. These tactics are a direct result of Nextel's refusal to pay the outrageous legal fees demanded by Leeds Morelli & Brown to resolve claims, meritorious or not, in a non-public forum. Nextel has repeatedly expressed its willingness to discuss the merits of their clients' claims with Leeds Morelli & Brown. However, Nextel does not regard capitulation to exorbitant fee demands as a condition for learning the details of all but a few claims and as a condition to avoiding publicity. That course would not be in the best interest of our employees or of our stockholders.

Nextel is and has been committed to creating and sustaining a work environment that encourages innovation and excellence and accordingly prohibits discrimination or harassment on the basis of race, gender, sexual orientation, religion or other inappropriate

grounds. We are committed to assuring compliance with our long established and clearly stated policies on those topics, and will take appropriate actions to remedy any violations that are established. We support and will stand by our employees, and are prepared to right any wrongs that may have occurred in our workplace.

Nextel believes that its policies and programs already in place are directed to assuring a vibrant, well-qualified and positive workforce. Each of our operating companies has an affirmative action plan in place to help reach the widest possible audience for job openings. Moreover, the Nextel organization strongly encourages advancement of all our current employees through internal training and development programs and internal job posting practices. We have consistently sent and reinforced the message that, within our organization, opportunity will not be dependent on inappropriate considerations such as a person's race, gender, or sexual orientation.

Nextel Communications Inc., headquartered in Reston, Va. is a leading provider of fully integrated wireless communications.

COPYRIGHT 2000 PR Newswire Association, Inc.

COPYRIGHT 2000 Gale Group

Print this article | Email this article

looksmart The quality web directory

Created in partnership with  GALE GROUP

Page: 1

About Us | Help

Shopping for a
new car or truck?



Business travel
By David Field

**Rich diet:** Earn America West FlightFund frequent-flier miles at many restaurants. Call 877-272-8355 to register up to three credit or debit cards. Earn up to 10 miles per qualified dollar spent on food, beverages, tax and tip, up to 6,000 miles a month.

**Joint plan:** Virgin Atlantic A... National Airlines plan to start flier partnership in September.

## Wednesday, June 21, 2000

# Moneyline

...make changes to its frequent-flier program.

## Nextel workers file complaints

Nextel Communications, a top wireless phone company, discriminated against minority, female and older employees, according to complaints that more than 300 current and former employees are filing with the Equal Employment Opportunity Commission. The employees say Nextel denied them promotions and equal salaries while subjecting them to hair-trigger, and often retaliatory, discipline. Several employees say co-workers and managers made racist slurs and joked about filling racial quotas. Nextel says it can't comment on specific cases because it hasn't seen them, but its policies and practices bar discrimination.

## Providian close to settling lawsuits

In one of the biggest payouts recorded in a credit card consumer fraud case, Providian Financial of San Francisco is close to announcing a deal to pay about $300 million to settle charges it cheated customers.

## Feds check GM SUVs for battery leaks

The National Highway Traffic Safety Administration is investigating 760,000 1995-97 General Motors' sport-utility vehicles after complaints some batteries leak acid, which can cut power and increase the risk of a crash. NHTSA has received 212 complaints, the majority from California, Florida, Georgia and Texas, while GM reports 25,122 warranty claims related to the problem on Suburban, Tahoe and Yukon.

## Greenspan takes Fed oath again

Alan Greenspan was sworn in for his fourth four-year term Tuesday as chairman of the Federal Reserve, a job often called the second most powerful in the country because of the central bank's control over interest rates. Greenspan was first appointed to the Fed job by President Reagan in 1987. Greenspan sub-...quently earned three more nominations.

CANNES, France — Go ah... Shatner.

Laugh at the former Cap... acting. Laugh at the debate... wig, toupee, hair weave or... est reinvention in his long c... pitchman for Priceline.com.

Guess what? Shatner's la... the bank. And so is Pricelin...

The wily actor was the... stock options rather than ca... a dot-com. The former *Star*...

▶ Print ads: U.S.
   efforts fall short
   overseas, 12B

Shatner strategy has been... lebrities, like Whoopi Gold... who demand ownership, n...

If the science fiction s... berspace his final frontier... his new role as part-time... subsidiary in the "Shatner... includes films, TV, special... ternet, book publishing and...

Meanwhile, Shatner's s... transported the "name-yo... vice into one of the most p... In the process, the campa... mate marketing two-fer: T... ers to the start-up comp... crossed over into pop cult... *Entertainment Tonight* and,

Please see C

## TECHNOLOGY & HEALTH

# Medicare Pays 'Excessive' Prices For Drug Albuterol, Report Finds

By LAURIE MCGINLEY
*Staff Reporter of THE WALL STREET JOURNAL*

WASHINGTON—In a report to be released today, federal investigators find that Medicare pays "excessive" prices—seven times what the Department of Veterans Affairs pays and far more than retail customers pay—for the asthma drug albuterol.

In 1999, Medicare spent $246 million on albuterol, which is also used for emphysema. The report, by June Gibbs Brown, plan for the poor and disabled, pays a

**Drug Price Disparity**

Amount paid by government programs for Albuterol, per milligram:

Dept. of Veterans Affairs — 7 cents

Medicaid (Maximum)

ceives rebates from manufacturers.

# Nextel Is Facing Racial-Bias Complaints Filed With the EEOC by 25 Employees

By NICOLE HARRIS
*Staff Reporter of THE WALL STREET JOURNAL*

Lawyers representing 25 employees of Nextel Communications Inc. said they filed racial-discrimination complaints with the Equal Employment Opportunity Commission against the wireless-communications company.

The complaints, filed on behalf of Nextel workers in Colorado, Georgia, Illinois, New Jersey, Ohio and Tennessee, allege that a pattern of racial discrimination has kept minority employees from receiving promotions and raises. Some employees allege they were routinely treated unfairly and were subjected to racial epithets in the workplace.

Nextel, McLean, Va., is one of the nation's fastest-growing wireless-phone providers. In 4 p.m. Nasdaq Stock Market trading, Nextel stock was down $4.375 to $64.0625.

The plaintiffs are represented by Leeds Morelli & Brown, a Manhattan-based law firm. Filing the claims with the EEOC, the governmental agency that enforces federal laws that prohibit discrimination in employment, is the first step toward filing a discrimination lawsuit, the employees' lawyers said yesterday.

The lawyers are asking the EEOC for permission to sue the company in federal court under Title VII of the Civil Rights Act of 1964. The complaints were mailed to the agency yesterday, the lawyers said. An EEOC spokesman declined to confirm that the agency has received the claims.

Nextel wouldn't comment about specific allegations and pointed out that the company hasn't yet received a copy of the formal complaint.

Denise McNeil, a 42-year-old former Nextel employee, said in an interview that as one of the company's few black female managers, she was often treated unfairly. She said other Nextel managers routinely "kept her out of the loop" and overlooked her for meetings. Ms. McNeil also complained that she was never assigned special projects "that her white counterparts used to catapult their careers."

Lawyers uninvolved in the Nextel case agreed that the complaints against the wireless-phone company are unusual. For one thing, the plaintiffs' lawyers said that while they have filed complaints on behalf of 25 clients, they represent a total of 302 employees. The plaintiffs' lawyers said they plan to file additional complaints each week until 302 have been submitted. In addition, the lawyers said they will seek class-action status for the suit.

# Commerce One Agrees to Buy AppNet To Boost Firm's E-Commerce Services

By KHANH T.L. TRAN
*Staff Reporter of THE WALL STREET JOURNAL*

PLEASANTON, Calif.—Commerce One Inc. said it agreed to buy AppNet Inc. for about $1.17 billion in stock, as it attempts to bolster its stable of professional-service

quisition will help it to achieve profitability three months ahead of schedule in the third quarter of 2001. In 1999, AppNet posted a net loss of $79.5 million on revenue of $109.7 million. For the same period, Commerce One had a net loss of $63.3 mil-

# Shoppers Find

Continued From Page B1

ships at drugstore.com, based in Bellevue, Wash. "We're as obsessed with getting to profitability as anybody else."

"Wall Street is no longer willing to subsidize the consumer's purchases," says Ken Cassar, senior retail analyst at Jupiter Communications in New York. "There's no question that the [Web] consumer is going to start to pay more for products than they used to."

That shouldn't come as much of a surprise. Some of the Web bargains out there were hard to believe. For instance, Buy.

programs to diagnose and treat the meningitis as well as pay for the drug to treat less serious fungal infections that are even more common among the 3.6 million, or 10% of South Africans, infected with HIV.

But Pfizer instead surprised the South Africans by offering to give the drug away, albeit with restrictions. The company said it wanted the free supplies to be used to treat meningitis, which affects about 5% of infected people, and not for the other much more common fungal infections. In addition, the company said it wanted the free drug to be limited to patients treated in government hospitals who could verify they couldn't afford the drug's price. Pfizer also said the drug could be used only for patients diagnosed with cryptococcal meningitis by use of a diagnostic spinal tap, a procedure that draws fluid from the spine and would involve the use of special test kits and specialized physician training.

In April, Pfizer sent several officials from its New York headquarters and its local operations to meet with Dr. Tshabalala-Msimang, the health minister, and several of her aides to explain its require-

# Publishers Aim to Get Ahead of Piracy Game

Continued From Page B1

ing the publisher's association on digital publishing strategy.

Library books, of course, can already be checked out for free, but it's a much more controlled environment than digital file-sharing programs. A library might be able to loan out a handful of copies of a book, but a program could distribute hundreds of pirated copies with the click of a mouse.

To avoid that scenario, publishers are taking a different approach from their music peers. Instead of fighting digital distribution, publishers are embracing the technology early on. "There wasn't an effort by the music industry to develop this [electronic] industry so they left themselves open to the black market," says David Steinberger, president of corporate strategy and international for HarperCollins Publisher, a unit of News Corp.



June 26, 2000 • Volume , Number

One Page, Scrollable Version

Statline:

Health Care:
Bumps along the HMO
Road

Commentary:

One Nation, Two Worlds

Weekly Overview:

Collusion or Coincidence?

News:

Energy:
FTC to Probe Increase in
Gas Prices

Financial Services:
European Commission
Says Price-Fixing
Charges against EU
Banks are Credible

Government:
High Court Strikes Down
Massachusetts Law
Penalizing Companies
Doing Business with
Burma

Government:
Globalization Fosters Job
Insecurity, ILO Report
Claims

Financial Services:
Growing Scandal
Involves Many of
Canada's Largest
Brokerage Firms

Financial Services:
G7 Task Force Cites
Fifteen Nations as
Havens for Money
Laundering

Government:
Thailand's Anticorruption
Chief Suspended pending
Probe of Stock
Ownership

Financial Services:
Insurance Company
Settles Claim It Inflated
Some Rates to Minorities

Telecommunications:

News

Telecommunications

## Nextel Minority Employees Seek Class-Action Status for $1.76 Billion Race-Discrimination Suit

They claim widespread discrimination; Nextel says greedy law firm is sabotaging efforts to settle

WASHINGTON
Minority employees at Nextel Communications Inc. last week asked the federal government to certify a class-action lawsuit accusing the wireless-communications firm of widespread employment discrimination.

More than 300 current and former Nextel workers charge their employer with fostering a hostile work environment, and denying minority workers warranted promotions and equal pay.

Lawyers for the plaintiffs said they will seek more than $1.76 billion in damages.

In addition to compensatory damages, plaintiffs plan to demand that Nextel "commit more than $2 billion toward diversity programs," Jeffrey Brown, a partner at Leeds Morelli & Brown, the firm representing the plaintiffs, told the Reuters news agency.

The law firm last week began filing workers' complaints with the Equal Employment Opportunity Commission (EEOC), which must review the case before certifying it for class-action status, according to the Associated Press.

Brown, who said his clients suffered physical and emotional injury as a result of the workplace abuse, complained that the "problem is so severe and so pervasive that this is the only thing that can be done."

Nextel last week issued a statement blasting Brown and his firm for demanding outrageous legal fees and sabotaging the company's efforts to address the allegations out of court.

Nextel is "committed to creating and sustaining a work environment that ... prohibits discrimination or harassment on the basis of race, gender, sexual orientation, religion, or other inappropriate grounds," the company said in a statement.

The EEOC, which often tries to forge settlements in such cases, is expected to take up to six months to determine the legitimacy of the plaintiffs' charges before approving their class-action status, according to the AP report.

Sources: Wall Street Journal, June 21 -- AP, June 20 -- Reuters, June 20 -- New York Times, June 20 (via Leeds, Morelli & Brown).

For more information, see: Nextel press release, June 20 -- Leeds Morelli & Brown.

Copyright © 1995-2001 the Institute for Global Ethics, Camden, Maine 04843



opium traders, whole families of 20th Century Canadian bootleggers, have evolved ... most American corporate names. But recent mob attempts toward a more acceptable image seem plagued by the sort of avoidable failures that result when the upwardly mobile forget their table manners.

Victoria Gotti's glamorous literary career looked charmed when her first novel sold 50,000 copies and seemed to portend a publishing fast track that could have taken her straight to a regular table at Elaine's. Who was prepared to hold against her the careers of an errant father, an unlucky brother? Then her arrest-prone husband, Carmine Agnello, whom she had described as an "auto parts executive" and "successful millionaire businessman," challenged his own wife's exalted view of his success. He got hauled in on charges of running a chop shop in Queens that

**Robert Reno**

milked by more experienced dot-com manipulators.

The obvious question here is whether the mob has discovered Wall Street or whether it merely discovered that much of Wall Street operates on the model of the mob. Whatever, they failed to learn that the essence of efficient stock fraud — of all securities trading, for that matter — is a degree of subtlety and smooth manners. Above all, you do not call attention to yourself by cold-cocking a stockbroker on the 16th floor at a classy address like 5 Hanover Square and then stripping him to look for a wire. This is what prosecutors say happened when a mob enforcer forgot his manners at a conference meeting.

There's some sort of lesson here, I suppose. But the only thing clear is that the mob isn't learning it.

# SHORT CUTS

## Nextel May Face Bias Lawsuit

**N**EXTEL Communications Inc. may be sued by more than 300 current and former employees who claim the wireless-telephone company withheld raises and promotions based on race or gender.

Lawyers intended to file 25 complaints today with the U.S. Equal Employment Opportunity Commission for workers in Colorado, Georgia, Illinois, New Jersey, Ohio and Tennessee. Leeds Morelli & Brown, a New York-based law firm, said 302 workers have complaints and may seek class-action status, which would let one lawsuit be filed on behalf of everyone with similar grievances.

The number of complaints against Nextel, which is controlled by cellular pioneer Craig McCaw, could increase as other employees come forward, Leeds Morelli said. Last week, Coca-Cola Co., the world's largest soft-drink company, was also accused of racial discrimination.

Nextel said it hasn't seen the complaints and wouldn't comment on them until it does. Once the complaints are reviewed, the company said it will conduct a thorough investigation.

Another 25 complaints are expected this week from employees in Alabama, California, Florida and Virginia. David Grinberg, an EEOC spokesman, declined to comment. He said he won't confirm or deny whether complaints have been lodged against an employer unless the commission takes action in court.

The employees want Nextel to change its practices. They are also asking for a financial settlement Brown estimated at $2 billion or more.

**SANFORD C. BERNSTEIN ACQUISITION SET.** The holding company for Alliance Capital Management, the ninth-largest investment company in the world, has agreed to acquire the investment firm Sanford C. Bernstein Inc. for about $3.5 billion in stock and cash.

Following the acquisition, the combined company will have about $475 billion of assets under management and annual revenues of about $3.2 billion. It will manage the assets of about 2,600 institutional and 15,000 private client accounts, as well as $189 billion in mutual funds in 5.8 million mutual fund shareholders accounts worldwide.

AXA Financial Inc., which holds a majority interest in Alliance Capital, has agreed to purchase newly issued shares of Alliance Capital for $1.6 billion to help raise cash for the deal. AXA Financial also owns 70 percent of Wall Street brokerage Donaldson, Lufkin & Jenrette.

**BRITISH TELECOMMUNICATIONS SEEKS FEE.** British Telecommunications Plc, Britain's biggest phone company, said it wrote to 17 U.S. Internet service providers asking for a fee for a patent it says forms the basis of links that connect sites on the World Wide Web.

British Telecommunications, which says it has held a patent on linking online documents since 1976, said 10 of the companies said they will review the request. The patent, which details a way of connecting documents accessed online, was discovered four years ago in a routine check. It was invented by a BT employee who since retired.

While BT held the worldwide rights to the link, all but the rights in the United States have expired. "One of the questions that might arise is why BT has taken so long pop out of the woodwork," said Gary Moss, a patent attorney at Taylor Joynson Garrett, a legal firm in London.

*From Associated Press, Bloomberg News, CNET News and Reuters reports.*

most other banks.
... um balance which
... or $5,000. At
... num balance
... od's Basic
... highest rating by
Research Group.

... for *Direct Deposit*
... ecking Account and
... oney-saving benefits
... Checking.

... r more details.
43-0360 or
...1020

NASSAU • SUFFOLK



BANK
... g Personally

Member FDIC

... y charge for using their ATM.