# EXHIBIT M

| | |
|---|---|
| DISTRICT COURT, COUNTY OF ARAPAHOE, STATE OF COLORADO<br><br>Court Address: 7325 S. Potomac St.<br>Englewood, CO. 80112<br>Phone No. (303)649-6355 | COURT USE ONLY |
| Plaintiff(s):<br>FREDERICK CHARLES FOSTER and DORIS BREWER, individually and as representatives of others similarly situated.<br><br>Defendants:<br>LEEDS, MORELLI & BROWN, P.C., a New York professional corporation; LENARD LEEDS, an individual; and JEFFREY K. BROWN, an individual. | Case Number:<br>02- CV-1484<br><br>Div. 3 |
| AFFIDAVIT OF LUTCHMAN BOODOO | |

I, Lutchman Boodoo, being of lawful age and duly sworn, state that the following is true and correct:

1. I am a member of the "Settlement Class" in that I was formerly represented by Leeds, Morelli & Brown, P.C. in a dispute with Nextel Corporation.

2. I received in the mail the Summary Notice of Pendency of Class Action, Certification of Settlement Class, Proposed Class Settlement and Fairness Hearing (hereafter "Notice"). When I received this Notice and

reviewed it, I did not understand some of the legal jargon. I understood the Notice to state that I did not need to take any action, and, therefore, I did not.

3. At the time I received the Notice, I was not aware of certain critical facts which were subsequently disclosed to me. I was not informed prior to September 10, 2003, that Leeds, Morelli & Brown, P.C. had been paid $7.5 million as legal fees by Nextel, and that the payment to Leeds, Morelli & Brown bore no proportionate relationship to the amount they recovered on my behalf. Just recently, and <u>after</u> September 10, 2003, I saw for the first time written agreements between Nextel and Leeds, Morelli & Brown in which the law firm agreed to compromise my rights in exchange for receiving multi-million dollar payments from Nextel. At no time did the law firm advise me of the conflict of interest in representing my interests when the firm received multi-million dollar legal fees from Nextel, nor did the firm ever advise me of the effect such a conflict of interest might have on their representation of me.

4. I was not satisfied with the representation I received from Leeds, Morelli & Brown, P.C. and believe that the quality of the representation was compromised

by the multi-million dollar legal fee payments from Nextel.

5. I believe that other proposed Settlement Class members like myself who received the Notice would not become aware of the claims from reading the Notice, just as I remained unaware of the conflict of interest and payment of legal fees when I read the Notice. I do not believe it is fair that my claims against Leeds, Morelli & Brown are supposedly settled, and that I am supposed to be bound by the settlement, for failure to respond to this Notice. I believe that persons such as myself who received a Notice written in such legalese would not understand that their claims against their former lawyers were being settled without even being told what those claims were or that their lawyers had taken multi-million dollar payments from Nextel.

6. I would ask that the Court permit me to opt out of the settlement in this case. I also believe the amount of the settlement is inadequate and that more should be disclosed about the dealings between Leeds, Morelli & Brown and Nextel which continues to be kept secret before the former clients of Leeds, Morelli & Brown are

required to make a decision regarding any such settlement.

7. The Notice requires that I state the following. I was a client of Leeds, Morelli & Brown, P.C. in a dispute with Nextel Corporation. I received Notice indicating that I was supposedly a member of the Settlement Class in a lawsuit entitled <u>Foster, et al. v. Leeds, Morelli & Brown, P.C., et al.</u>, 2002-CV-1484 in Colorado. I wish to exclude myself from the Settlement Class in that case. I understand that by requesting exclusion, I will not be entitled to any portion of the settlement funds provided under Stipulation of Settlement preliminarily approved by the District Court as adequate, fair, and reasonable. I understand that if I exclude myself, I will not be represented in this matter by Class Counsel.

8. At the time I received the Notice, I was not aware of the extent of my claims or the fact that they were being settled so cheaply in the Class Action Suit.

Date: October 29, 2003

Lutchman Boodoo

STATE OF PA , COUNTY OF Phila :

Subscribed and sworn before me this
29 day October, 2003 by Lutchman Boodoo

Witness my hand and seal:

*Patricia Esbensen* (signature)

My Commission Expires:

```
         Notarial Seal
Patricia Esbensen, Notary Public
    Bristol Boro, Bucks County
My Commission Expires Oct. 16, 2004
Member, Pennsylvania Association of Notaries
```