**STERNS & WEINROTH**
A Professional Corporation
50 West State Street, Suite 1400
Trenton, New Jersey 08607-1298
JASON S. FEINSTEIN (JF-8008)
(609) 392-2100
(609) 392-7956
Attorneys for Defendants Bryan Mazzola (improperly pled as Bryan Mazolla) and Susan
Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| MICHAEL S. JOHNSON, DONNA DYMKOWSKI, PATRICIA LONG-CORREA, ANTONIO SAMUEL, VINCENT HALL, ANGELETTE WATERS, Individually, and on behalf of the Class, | : : : : : : : | Civil Action No.: 1 :07cv08473 (GBD) |
| Plaintiffs, | : : | |
| v. | : : | **DOCUMENT FILED ELECTRONICALLY** |
| NEXTEL COMMUNICTIONS, INC., a Delaware Corporation; LEEDS, MORELLI & BROWN, P.C.; LENARD LEEDS; STEVEN A. MORELLI; JEFFREY K. BROWN; JAMES VAGNINI; FREDERIC DAVID OSTROVE; BRYAN MAZOLLA; SUSAN FITZGERALD; AND JOHN AND JANE DOES 1-10, (a fictitious designation for presently unknown Defendants), | : : : : : : : : : : : | **CERTIFICATION OF SERVICE** |
| Defendants. | : | |

I hereby certify that on the date set forth below, the Reply Memorandum in
Support of Cross-Motion to Dismiss Plaintiffs' First Amended Complaint, together with
this Certification of Service, was electronically filed with the Clerk of the United States
District Court for the United States District Court, Southern District of New York, Daniel

{00065472;v1}

Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007-1312. A courtesy copy of the within motion was also sent to the Hon. George B. Daniels, U.S.D.J. via Federal Express and to all counsel via EMail.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, that I am subject to punishment.

By:  /s/ Jason S. Feinstein
jfeinstein@sternslaw.com

Dated:  May 5, 2008