## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                ) SS. :

COUNTY OF NASSAU      )

I, Nicole Politi, being sworn, say:

I am not a party to the action, am over 18 years of age and reside in Suffolk County, State of New York.

On May 5, 2008, I served the within **MEMORANDUM OF LAW IN REPLY TO PLAINTIFFS' SUPPLEMENTAL OPPOSTION, AND IN FURTHER SUPPORT OF LEEDS, MORELLI & BROWN, P.C., LENARD LEEDS, STEVEN A. MORELLI, JEFFREY K. BROWN SUPPLEMENTAL BRIEFINGS IN SUPPORT OF DISMISSAL,** by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO:    KENNETH THYNE, ESQ.
        ROPER & TWARDOSKY, LLC
        Attorneys for Plaintiffs, Individually and on behalf of the Class
        Michael S. Johnson, Donna Dymkowski, Patricia Long Correa,
        Antonio Samuel, Vincent Hall, Angelette Waters
        77 Jefferson Place
        Totowa, New Jersey 07512-2614
        (973) 790-4441

_____
Nicole Politi

Sworn to before me this
5th day of May, 2008.

_____
Notary Public

PATRICIA KIPNES
Notary Public, State of New York
No. 01KI5049568
Qualified in Nassau County
Commission Expires Sept. 17, 2009