PROSKAUER ROSE LLP
Lawrence R. Sandak
Joseph C. O'Keefe
1585 Broadway
New York, New York
T: 212.969.3000
F: 212.969.2900
Attorneys for Defendant
Nextel Communications, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ X

| | |
|---|---|
| MICHAEL JOHNSON, DONNA DYMKOSKI, PATRICIA LONG-CORREA, ANTONIO SAMUEL, VINCENT HALL, ANGELETTE WATERS, Individually, and on behalf of the Class, | Civil Action No. 07-8473 (GBD) |
| Plaintiffs, | Document Electronically Filed |
| -against- | |
| NEXTEL COMMUNICATIONS, INC., a Delaware Corporation; LEEDS, MORELLI & BROWN, P.C.; LENARD LEEDS, STEVEN A. MORELLLI; JEFFREY K. BROWN; JAMES VAGNINI, FREDERIC DAVID OSTROVE; BRYAN MAZOLLA; SUSAN FITZGERALD; AND JOHN AND JANE DOES 1-10, (a fictitious designation for presently unknown Defendants), | **CERTIFICATE OF SERVICE** |
| Defendants. | |

------------------------------------ X

I hereby certify that on this date, I caused a copy of Nextel's Reply to Plaintiff's Supplemental Memorandum In Opposition to Defendants' Motion to Dismiss the First Amended Complaint to be served, upon counsel as follows:

**VIA REGULAR MAIL**:

Kenneth S. Thyne, Esq.
Roper & Twardowsky, LLC
77 Jefferson Place
Totowa, NJ 07512-2614
Attorneys for Plaintiffs

**VIA ECF**:

Janice J. DiGennaro, Esq.

Jason Scott Feinstein, Esq.

Michael McConnelL, Esq.

Michael Howard Sussman, Esq.

Robert Steinmetz, Esq.

Shari Clare Lewis, Esq.

Traci L. Van Pelt, Esq.

Dated:  May 5, 2008                                      PROSKAUER ROSE LLP

                                                                 By:  s/Lawrence R. Sandak
                                                                      Lawrence R. Sandak
                                                                      Joseph C. O'Keefe
                                                                      Attorneys for Defendant Nextel
                                                                      Communications, Inc.