UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL S. JOHNSON, DONNA
DYMKOWSKI, PATRICIA LONG-CORREA,
ANTONIO SAMUEL, VINCENT HALL,
ANGELETTE WATERS, Individually, and on
behalf of the Class,

                Plaintiffs,

                -against-                    **ORDER**

NEXTEL COMMUNICATIONS, INC.,                 07 Civ. 8473 (GBD) (KNF)
a Delaware Corporation; LEEDS, MORELLI &
BROWN, P.C., LENARD LEEDS, STEVEN A.
MORELLI; JEFFREY K. BROWN; JAMES
VAGNINI; FREDERIC DAVID OSTROVE;
BRYAN MAZOLLA; SUSAN FITZGERALD;
AND JOHN AND JANE DOES 1-10,
(a fictitious designation for presently unknown
Defendants),

                Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       On January 25, 2012, a mandate issued from the United States Court of Appeals for the Second Circuit, remanding this action. As of the date of this order, defendant Nextel Communications, Inc. has not filed its answer to the plaintiffs' first-amended complaint. On or before August 23, 2012, Nextel Communications, Inc. shall serve and file its answer.

Dated: New York, New York            SO ORDERED:
       August 16, 2012

                                               _____
                                               KEVIN NATHANIEL FOX
                                               UNITED STATES MAGISTRATE JUDGE