

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------

MICHAEL S. JOHNSON, DONNA
DYMKOWSKI, PATRICIA LONG-
CORREA, ANTONIO SAMUEL,
VINCENT HALL, ANGELETTE
WATERS, Individually, and on behalf of
the Class,

    Plaintiffs,

-against-

NEXTEL COMMUNICATIONS, INC., a
Delaware Corporation; LEEDS,
MORELLI & BROWN, P.C.; LENARD
LEEDS, STEVEN A. MORELLI;
JEFFREY K. BROWN; BRYAN
MAZZOLA; and JOHN and JANE DOES
1-9, (a fictitious designation for presently
unknown Defendants),

    Defendants.
----------------------------------------------------------

C.A. No. 07 CIV 8473 (GBD) (KNF)

ECF CASE

**SO ORDERED**

The clerk of the court is directed to close motion # 156.

*George B. Daniels*
HON. GEORGE B. DANIELS

DEC 03 2013

## STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANTS LEEDS, MORELLI & BROWN, P.C., LENARD LEEDS, STEVEN A. MORELLI, JEFFREY K. BROWN, AND BRYAN MAZZOLA

Plaintiffs Michael S. Johnson, Donna Dymkowski, Patricia Long-Correa, Antonio Samuel and Angelette Waters, together with Defendants Leeds, Morelli & Brown, P.C., Lenard Leeds, Steven A. Morelli, Jeffrey K. Brown, and Bryan Mazzola, and with no objection from Defendant Nextel Communications, Inc. ("Nextel"), by and through their respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to the dismissal with prejudice of all claims brought by Plaintiffs against Defendants Leeds, Morelli & Brown, P.C., Lenard Leeds, Steven A. Morelli, Jeffrey K. Brown, and Bryan Mazzola, with each of the parties to bear his/her own fees, including attorneys' and experts' fees, costs, and expenses.

The parties further stipulate and agree that:

(a) this stipulation does not constitute a waiver, release, or dismissal of: i) Nextel's cross-claim against Leeds, Morelli & Brown, P.C., Lenard Leeds, Steven A. Morelli and Jeffrey K. Brown, or ii) any defense those entities or individuals may have to that cross-claim;

(b) after entry of this stipulation, Leeds, Morelli & Brown, P.C., Lenard Leeds, Steven A. Morelli, and Jeffrey K. Brown will remain parties in this action as cross-claim defendants and they will file an Answer or other responsive pleading to the cross-claim on or before January 13, 2014; and

(c) this stipulation does not constitute a waiver of any defense Nextel has asserted, or may assert, with respect to Plaintiffs' claims.

Because this Court did not certify the proposed Subclass against Leeds, Morelli & Brown, P.C., Lenard Leeds, Steven A. Morelli, Jeffrey K. Brown, and Bryan Mazzola, no notice to the Class is required. However, Plaintiffs' proposed notice to the Class advises the remaining members of the proposed Subclass of the Court's decision. The LMB Defendants oppose some of that language. The Court will resolve these disputes in connection with deciding Plaintiffs' Motion for Approval of Plan for Class Notice.

SO STIPULATED this 2nd day of December, 2013.

| For Plaintiffs Michael S. Johnson, Donna Dymkowski, Patricia Long-Correa, Antonio Samuel and Angelette Waters | For Leeds, Morelli & Brown, P.C., Lenard Leeds, Steven A. Morelli and Jeffrey K. Brown |
|---|---|
| *[signature]* Jennifer Fountain Connolly HAGENS BERMAN SOBOL SHAPIRO LLP 1701 Pennsylvania Ave. NW, Suite 300 Washington, D.C. 20006 Telephone: (202) 248-5403 | *by Shari Claire Lewis* Michael T. McConnell MCCONNELL FLEISCHNER HOUGHTALING, LLC 4700 South Syracuse St., Suite 200 Denver, CO 80237 Telephone: (303) 480-0400 |

*[signature]* Shari Claire Lewis, RXR Plaza
Rivkin Radler LLP,
Uniondale, NY 11556

Facsimile: (202) 580-6559　　　　　　　　　Facsimile: (303) 458-9520
jenniferc@hbsslaw.com　　　　　　　　　　mmcconnell@mfhlegal.com

*For Bryan Mazzola*

*/s/ Jason Feinstein*

Jason Feinstein
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
50 West State Street, Suite 1400
Trenton, NJ 08607-1298
Telephone: (609) 989-5057
Facsimile: (609) 392-7956
Email: jfeinstein@eckertseamans.com

*For Nextel Communications, Inc.*

*/s/ Lawrence R. Sandak*

Lawrence R. Sandak
PROSKAUER ROSE LLP
One Newark Center
Newark, NJ 07102-5211
Telephone: (973) 274-3256
Facsimile: (973) 274-3299
lsandak@proskauer.com