UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MICHAEL S. JOHNSON, et al.,

                      Plaintiffs,

    -against-                              ORDER

NEXTEL COMMUNICATIONS, INC., et al.      07 Civ. 8473 (GBD)

                      Defendants.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

      Defendant Nextel Communications, Inc.'s unopposed motion (ECF No. 159), pursuant to Federal Rule of Civil Procedure 23(f), for a stay pending an appeal of this Court's September 30, 2013 Order granting Plaintiffs' motion for class certification is GRANTED.

Dated: New York, New York
       February 21, 2014

                                      SO ORDERED.

                                      */s/ George B. Daniels*
                                      GEORGE B. DANIELS
                                      United States District Judge

FILED FEB 21 2014