UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MICHAEL S. JOHNSON et al.,

                                  Plaintiffs,

-against-

NEXTEL COMMUNICATIONS INC. et al.,

                                  Defendants.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: NOV 21 2019

ORDER

07 Civ. 8473 (GBD) (KNF)

GEORGE B. DANIELS, United States District Judge:

Oral argument on Defendant Nextel Communications, Inc.'s motion for judgment on the pleadings is scheduled for December 4, 2019 at 10:30 am.

Dated: New York, New York
       November 21, 2019

                                              SO ORDERED.

                                              GEORGE B. DANIELS
                                              United States District Judge