UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL S. JOHNSON, DONNA
DYMKOWSKI, PATRICA LONG-CORREA,
ANTONIO SAMUEL, VINCENT HALL,
ANGELETTE WATERS, Individually, and on
behalf of the Class,

                              Plaintiffs,            **ORDER**

      -against-                         **07-CV-8473 (GBD) (JW)**

NEXTEL COMMUNICATIONS, INC., a
Delaware Corporation; LEEDS, MORELLI
& BROWN, P.C.; LENARD LEEDS;
STEVEN A. MORELLI; JEFFREY K.
BROWN; JAMES VAGNINI; FREDERIC
DAVID OSTROVE; BRYAN MAZOLLA;
SUSAN FITZGERALD; and JOHN and
JANE DOES 1-10,

                            Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On November 7, 2022, the Parties filed a joint request for an extension of the discovery deadlines. Dkt. No. 282. However, the Parties failed to comply with Judge Willis's Individual Practice Rule I.C by not stating "the reason for the extension." As this case has been pending for some time, more information will be required before this Court is inclined to grant the near five-month extension requested by the Parties. SO ORDERED.

DATED:    New York, New York
                 November 14, 2022

                                                     JENNIFER E. WILLIS
                                                     United States Magistrate Judge