# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

DONNA DYMKOWSKI, PA TRICIA LONG-CORREA, and ANGELETTE WATERS,

                                  Plaintiffs,                      07 **CIVIL** 8473 (GBD)(JW)

        -against-                                              **JUDGMENT**

NEXTEL COMMUNICATIONS, INC.,

                                  Defendant.

-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 25, 2025, Defendant's motion for summary judgment, (ECF No. 300), is GRANTED. Accordingly, the case is closed.

**Dated**: New York, New York

      March 25, 2025

                                                                    **TAMMI M. HELLWIG**
                                                                      **Clerk of Court**

                                                    **BY:** _____

                                                                       **Deputy Clerk**